IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02786-MSK-BNB

AGILE SKY ALLIANCE FUND LP,
AGILE SAFETY FUND, L.P.,
AGILE PERFORMANCE FUND, L.P.,
AGILE SAFETY VARIABLE FUND, L.P.,
DEUTSCHE BANK CAYMAN LIMITED (INTERNATIONAL) in its capacity as trustee of the Agile Series Trust on behalf of Agile Safety Fund International,
DEUTSCHE BANK CAYMAN LIMITED (MASTER) in its capacity as trustee of the Agile Series Trust on behalf of Agile Safety Master Fund,
DEUTSCHE BANK CAYMAN LIMITED (EURO) in its capacity as trustee of the Agile Series Trust on behalf of Agile Safety Fund (International) - Euro,
AGILE GROUP, LLC,
SKY BELL SELECT, LP,
SKY BELL OFFSHORE PARTNERS LTD,
AGILE COMPOSITE FUND, L.P., and
AGILE NEXUS FUND, L.P.,

Plaintiffs,

v.

CITIZENS FINANCIAL GROUP d/b/a Charter One Bank,
ROYAL BANK OF SCOTLAND GROUP plc, and
SWISS FINANCIAL SERVICES, INC.,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Vacate the December 10, 2009 Scheduling Order** [docket no. 6, filed January 14, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for February 9, 2010, is **vacated and reset to March 10, 2010, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **March 3, 2010**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  January 15, 2010