IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02786-MSK-BNB

AGILE SKY ALLIANCE FUND LP,
AGILE SAFETY FUND, L.P.,
AGILE PERFORMANCE FUND, L.P.,
AGILE SAFETY VARIABLE FUND, L.P.,
DEUTSCHE BANK CAYMAN LIMITED (INTERNATIONAL) in its capacity as trustee of the Agile Series Trust on behalf of Agile Safety Fund International,
DEUTSCHE BANK CAYMAN LIMITED (MASTER) in its capacity as trustee of the Agile Series Trust on behalf of Agile Safety Master Fund,
DEUTSCHE BANK CAYMAN LIMITED (EURO) in its capacity as trustee of the Agile Series Trust on behalf of Agile Safety Fund (International) - Euro,
AGILE GROUP, LLC,
SKY BELL SELECT, LP,
SKY BELL OFFSHORE PARTNERS LTD,
AGILE COMPOSITE FUND, L.P., and
AGILE NEXUS FUND, L.P.,

Plaintiffs,

v.

CITIZENS FINANCIAL GROUP d/b/a Charter One Bank,
ROYAL BANK OF SCOTLAND GROUP plc, and
SWISS FINANCIAL SERVICES, INC.,

Defendants.
_____

**ORDER**
_____

This matter arises on the **Motion to Approve Stipulation Regarding Filing of Amended Complaint and Deadline to Answer or Otherwise Respond to Amended Complaint and Jury Demand** [Doc. # 30, filed 3/2/2010] (the "Motion"). I construe the Motion as seeking leave to amend by the plaintiffs and an extension of time by the defendants.

IT IS ORDERED that the Motion is GRANTED as follows:

(1) The plaintiffs' request to amend is GRANTED. The Clerk of the Court is directed to accept for filing the First Amended Complaint and Jury Demand [Doc. # 29]; and

(2) The defendants may have to and including March 23, 2010, within which to respond to the First Amended Complaint.

Dated March 3, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge