# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-02786-MSK-BNB

Agile Sky Alliance Fund LP, Agile Safety Fund, L.P., Agile Performance Fund, L.P., Agile Safety Variable Fund, L.P., Deutsche Bank Cayman Limited in its capacity as trustee of the Agile Series Trust on behalf of Agile Safety Fund International, Deutsche Bank Cayman Limited in its capacity as trustee of the Agile Series Trust on behalf of Agile Safety Master Fund, Deutsche Bank Cayman Limited in its capacity as trustee of the Agile Series Trust on behalf of Agile Safety Fund (International) – Euro, Agile Group LLC, Sky Bell Select LP, Sky Bell Offshore Partners LTD, Agile Composite Fund, L.P. and Agile Nexus Fund, L.P.,

Plaintiffs,

v.

Citizens Financial Group d/b/a Charter One Bank, Royal Bank of Scotland Group plc, and Swiss Financial Services, Inc.,

Defendants.

---

**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF PLAINTIFFS AGILE SKY ALLIANCE FUND LP, AGILE SAFETY FUND, L.P., AGILE PERFORMANCE FUND, L.P., DEUTSCHE BANK CAYMAN LIMITED IN ITS CAPACITY AS TRUSTEE OF THE AGILE SERIES TRUST ON BEHALF OF AGILE SAFETY FUND INTERNATIONAL, DEUTSCHE BANK CAYMAN LIMITED IN ITS CAPACITY AS TRUSTEE OF THE AGILE SERIES TRUST ON BEHALF OF AGILE SAFETY MASTER FUND, DEUTSCHE BANK CAYMAN LIMITED IN ITS CAPACITY AS TRUSTEE OF THE AGILE SERIES TRUST ON BEHALF OF AGILE SAFETY FUND (INTERNATIONAL) – EURO, AGILE GROUP LLC, SKY BELL OFFSHORE PARTNERS LTD, AGILE COMPOSITE FUND, L.P. AND AGILE NEXUS FUND, L.P.**

Plaintiffs Agile Sky Alliance Fund LP, Agile Safety Fund, L.P., Agile Performance Fund, L.P., Deutsche Bank Cayman Limited in its capacity as trustee of the Agile Series Trust on behalf of Agile Safety Fund International, Deutsche Bank Cayman Limited in its capacity as trustee of the Agile Series Trust on behalf of Agile Safety Master Fund, Deutsche Bank Cayman Limited in its capacity as trustee of the Agile Series Trust on behalf of Agile Safety Fund (International) – Euro, Agile Group LLC, Sky Bell Offshore Partners LTD, Agile Composite Fund, L.P. and Agile Nexus Fund, L.P., (together, and exclusive of Agile Safety Variable Fund, L.P. and Sky Bell Select L.P., "Plaintiffs"), by and through their undersigned counsel, Thomas, Alexander & Forrester LLP and the Feder Law Firm here file this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Agile Safety Variable Fund, L.P. and Sky Bell Select L.P. remain plaintiffs in this action and their causes of action are unchanged.

Dated:  April 2, 2010

> Respectfully submitted,
>
> THOMAS, ALEXANDER & FORRESTER LLP
>
> /s/ Steven W. Thomas
> Steven W. Thomas, Esq.
> 14 27th Avenue
> Venice, California 90291
> Telephone:  (310) 961-2536
> Facsimile:  (310) 526-6852
> Email:  steventhomas@tafattorneys.com
>
> FEDER LAW FIRM
> Steven M. Feder, Esq.
> 730 17th Street, Suite 550
> Denver, Colorado  80202
> Telephone:  (303) 221-5599
> Facsimile:  (303) 221-7357
> Email:  steve@federlawfirm.com
>
> ATTORNEYS FOR PLAINTIFFS

## Certificate of Service

I hereby certify that on April 2, 2010, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Howard Schiffman
Christopher M. McLean
Schulte Roth & Zabel LLP
1152 15th Street N.W., Suite 850
Washington, D.C. 20015

David A. Zisser
Davis, Graham & Stubbs LLP
1550 17th Street, Suite 500
Denver, Colorado 80202

Attorneys for Defendants Royal Bank of Scotland Group plc
and Citizens Financial Group

Robert B. Christie
Henderson & Lyman
175 West Jackson, Suite 240
Chicago, Illinois 60604

Attorneys for Defendant Swiss Financial Services, Inc.

THOMAS, ALEXANDER & FORRESTER LLP

/s/ Steven W. Thomas
Steven W. Thomas
14 27th Avenue
Venice, California 90291
Telephone: (310) 961-2536
Facsimile: (310) 526-6852
Email: steventhomas@tafattorneys.com
Attorney for Plaintiffs