IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-02786-MSK-BNB

Agile Safety Variable Fund, L.P. and Sky Bell Select LP,

    Plaintiffs,

v.

Citizens Financial Group d/b/a Charter One Bank, Royal Bank of Scotland Group plc, and Swiss Financial Services, Inc.,

    Defendants.

## NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ROYAL BANK OF SCOTLAND GROUP PLC

    Plaintiffs Agile Safety Variable Fund, L.P. and Sky Bell Select LP, by and through their undersigned counsel, Thomas, Alexander & Forrester LLP and the Feder Law Firm here file this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) pursuant to which Royal Bank of Scotland Group plc is hereby dismissed.

    Citizens Financial Group d/b/a Charter One Bank and Swiss Financial Services, Inc. will remain defendants in this action.

Dated: April 13, 2010

        Respectfully submitted,

        THOMAS, ALEXANDER & FORRESTER LLP

        /s/ Steven W. Thomas
        Steven W. Thomas, Esq.
        14 27th Avenue
        Venice, California 90291
        Telephone: (310) 961-2536
        Facsimile: (310) 526-6852
        Email: steventhomas@tafattorneys.com

        FEDER LAW FIRM
        Steven M. Feder, Esq.
        730 17th Street, Suite 550
        Denver, Colorado 80202
        Telephone: (303) 221-5599
        Facsimile: (303) 221-7357
        Email: steve@federlawfirm.com

        ATTORNEYS FOR PLAINTIFFS

## *Certificate of Service*

I hereby certify that on April 13, 2010, I electronically filed the foregoing Notice of Dismissal Without Prejudice of Defendant Royal Bank of Scotland Group PLC with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Howard Schiffman
    Christopher M. McLean
    Schulte Roth & Zabel LLP
    1152 15th Street N.W., Suite 850
    Washington, D.C. 20015

    David A. Zisser
    Davis, Graham & Stubbs LLP
    1550 17th Street, Suite 500
    Denver, Colorado 80202

    Attorneys for Defendants Royal Bank of Scotland Group plc
    and Citizens Financial Group

    Robert B. Christie
    Henderson & Lyman
    175 West Jackson, Suite 240
    Chicago, Illinois 60604

    Attorneys for Defendant Swiss Financial Services, Inc.

THOMAS, ALEXANDER & FORRESTER LLP

/s/ Steven W. Thomas
Steven W. Thomas
14 27th Avenue
Venice, California 90291
Telephone: (310) 961-2536
Facsimile:  (310) 526-6852
Email:  steventhomas@tafattorneys.com
Attorney for Plaintiffs