IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02786-MSK-BNB

AGILE SKY ALLIANCE FUND LP, and
SKY BELL SELECT, LP,

Plaintiffs,

v.

CITIZENS FINANCIAL GROUP d/b/a Charter One Bank, and
SWISS FINANCIAL SERVICES, INC.,

Defendants.

_____

**ORDER**
_____

This matter arises on the **Agreed Motion With Defendant's Written Consent Pursuant to Federal Rule of Civil Procedure 15(a) to Reflect the Correct Corporate Entity for Defendant d/b/a Charter One Bank** [Doc. # 89, filed 8/5/2010] (the "Motion to Amend").

IT IS ORDERED that the Motion to Amend [Doc. # 89] is GRANTED. The Clerk of the Court is directed to accept for filing the Second Amended Complaint and Jury Demand [Doc. # 89-1].

IT IS FURTHER ORDERED, on the stipulation of the parties, that the Second Amended Complaint relates back to November 30, 2009, the date of the original complaint.

IT IS FURTHER ORDERED that the defendants' motions to dismiss [Docs. # 44 and 51] are deemed to have been filed in response to the Second Amended Complaint. No further response by the defendants is required at this time.

Dated August 9, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge