IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

---

| | |
|---|---|
| Civil Action No. 09-cv-02786-MSK-BNB | Date: November 17, 2010 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

---

| | |
|---|---|
| AGILE SAFETY VARIABLE FUND, L.P. and SKY BELL SELECT LP, | Jessica Rassler |
| Plaintiff(s), | |
| v. | |
| RBS CITIZENS, N.A. and doing business as Charter One Bank SWISS FINANCIAL SERVICES, INC., | David Zisser Eric Bensky by telephone |
| Defendant(s). | |

---

## COURTROOM MINUTES

---

HEARING: MOTION

Court in Session:   3:30 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:   Plaintiffs' motion to compel requested discovery from defendant RBS Citizens, N.A. [Doc. #114; filed 10/25/10] is granted for reasons stated on the record.**

Court in Recess:   4:12 p.m.      Hearing concluded.  Total time in Court: 00:42

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.