IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02786-MSK-BNB

AGILE SKY ALLIANCE FUND LP, and
SKY BELL SELECT, LP,

Plaintiffs,

v.

RBS CITIZENS, N.A., d/b/a Charter One Bank, and
SWISS FINANCIAL SERVICES, INC.,

Defendants.
_____

**ORDER**
_____

This matter arises on **Plaintiff's Motion to Compel Requested Discovery From Defendant RBS Citizens, N.A.** [Doc. # 114, filed 10/25/2010] (the "Motion to Compel"). I held a hearing on the Motion to Compel this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED that the Motion to Compel [Doc. # 114] is GRANTED. On or before **November 29, 2010**, the defendant shall produce all non-privileged documents responsive to Document Request No. 14, and shall produce those portions of the personnel files concerning discipline, bonuses, compensation, or which mention Lancelot which are responsive to Document Requests No. 16 and 17.


Dated November 17, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge