IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date:  March 3, 2011 |
| Court Reporter:    Gwen Daniel | |

_____

| | |
|---|---|
| Civil Case No.   09-cv-02786-WJM-BNB | Counsel: |
| | |
| AGILE SAFETY VARIABLE FUND, L.P. | Steven W. Thomas |
| and Sky Bell Select LP, | Emily S. Alexander |
| | Steven M. Feder |
| Plaintiffs, | |
| | |
| v. | |
| | |
| RBS Citizens, N.A. d/b/a Charter One Bank | Howard Schiffman |
| and Swiss Financial Services, Inc., | David A. Zisser |
| | Robert B. Christie |
| Defendants. | Brooke H. McCarthy |

_____

### COURTROOM MINUTES
_____

ORAL ARGUMENT

02:57 p.m.    Court in Session

Appearances

Court's comments

03:00  Argument by Mr. Christie

03:13  Argument by Mr. Schiffman

03:24  Argument by Mr. Thomas

Court's findings and conclusions entered on the record.

**ORDERED**    Defendant RBS Citizens, N.A.'s Motion for Leave to File Summary Judgment Motion (Doc No. 144) is GRANTED. Defendant RBS Citizens, N.A.'S Amended Motion for Summary Judgment, (Doc No. 166) is DEEMED FILED TODAY. The remainder of the briefing schedule on the motion will be as per Local Rule.

**ORDERED:**    Defendant RBS Citizen, N.A.'s Objections to the Magistrate Judge's Orders Denying Joint Motion to Extend Dispositive Motion Deadline (Doc No. 150) are OVERRULED.

**ORDERED:**    Defendant RBS Citizen, N.A.'s Motion for Leave to File Supplemental Brief in Support of Motion to Dismiss (Doc No. 164) is DENIED.

**ORDERED:**    The currently-filed motion to dismiss is taken under advisement and will be addressed concurrently with the amended motion for summary judgment.

Mr. Christie's comments

Defendant Swiss Financial Services, Inc., moves to join Charter One Bank's Motion for Summary Judgment.

**ORDERED:**    Defendant Swiss Financial Services, Inc. is GRANTED LEAVE to file a one-page document adopting and joining Charter One Bank's Amended Motion for Summary Judgment. The Local Rule's briefing schedule shall apply per a filing date deemed to be today of the Amended Motion for Summary Judgment.

03:45 p.m.    Court in Recess
                 Hearing concluded
                 Time: /48