**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  09CV02786 WMJ-BNB

Agile Safety Variable Fund, L.P. and Sky Bell Select LP,

    Plaintiffs,

v.

RBS Citizens, N.A.  d/b/a Charter One Bank and Swiss Financial Services, Inc.,

    Defendants.

---

**PLAINTIFFS' MOTION TO STRIKE SWISS FINANCIAL SERVICES, INC.'S REPLY IN SUPPORT OF ITS AMENDED MOTION FOR SUMMARY JUDGMENT**

---

    Plaintiffs Agile Safety Variable Fund, L.P. and Sky Bell Select L.P., by and through their undersigned attorneys, move to strike Defendant Swiss Financial Services, Inc.'s Reply In Support Of Its Amended Motion For Summary Judgment (Doc. No. 183) (hereafter "Reply"), and as grounds therefor state as follows:

    1.    Pursuant to D.C.COLO.LCivR 7.1.A, undersigned counsel conferred with Robert B. Christie, counsel for Defendant Swiss Financial Services, Inc. ("SFS"), who stated that SFS will not withdraw its reply.

    2.    At a hearing on March 3, 2011, the Court granted Defendant RBS Citizens, N.A.'s Motion for Leave to File Summary Judgment (Doc. No. 144), and deemed Defendant RBS Citizens, N.A.'s Amended Motion for Summary Judgment (Doc. No. 166) (hereafter "Charter One Bank's Amended Motion for Summary Judgment") to be filed as of March 3, 2011.  SFS did not file a motion for leave to file a summary judgment motion.

3. At the March 3 hearing, SFS moved to join Charter One Bank's Amended Motion for Summary Judgment. The Court ordered as follows:

> Defendant Swiss Financial Services, Inc. is GRANTED LEAVE to file a one-page document adopting and joining Charter One Bank's Amended Motion for Summary Judgment. The Local Rule's briefing schedule shall apply per a filing date deemed to be today of the Amended Motion for Summary Judgment.

Amended Courtroom Minutes, p. 2 (Doc. No. 172).

4. SFS filed an Adoption Of And Joiner To RBS Citizen's Amended Motion For Summary Judgment (Doc. No. 173) on March 4, 2011. Plaintiffs filed their response to Charter One Bank's Amended Motion for Summary Judgment (Doc. No. 175) on March 24, 2011.

5. On April 7, 2011, SFS filed a 20-page reply and attached 272 pages of affidavits, declarations, and exhibits. This obviously violates the Court's Order and is profoundly unfair to Plaintiffs. SFS used the Court's Order to give it an advantage -- SFS got to review Plaintiffs' response brief, then file SFS's own brief *after* Plaintiffs opposition and submit evidence to the Court *unrebutted* by Plaintiffs. The Court surely did not intend to grant SFS this advantage or to prejudice Plaintiffs, an obvious due process violation.

6. SFS's Reply should be stricken because it violates the Court's March 3 order and prejudices Plaintiffs.

7. SFS's Reply should also be stricken because the argument section exceeds the page limit for reply briefs described in Section III.C.4 of the Court's Practice Standards.

8. SFS's actions subject it to sanctions pursuant to D.C.COLO.LCivR 7.1.H.

WHEREFORE, Plaintiffs respectfully request the Court to strike SFS's Reply and impose sanctions as deemed appropriate by the Court.

DATED this 11th day of April, 2011.

Respectfully submitted,

/s/ Steven M. Feder
_____

Steven M. Feder
FEDER LAW FIRM
730 – 17th Street, Suite 550
Denver, Colorado  80202
Phone:  303-221-5599
Fax:  303-221-7357
Email:  steve@federlawfirm.com

Steven W. Thomas
THOMAS, ALEXANDER & FORRESTER LLP
14 - 27th Avenue
Venice, CA 90291
Phone:  (310) 961-2542
Fax:  (310) 526-6852
Email:  StevenThomas@tafattorneys.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of April, 2011, I electronically filed the foregoing **PLAINTIFFS' MOTION TO STRIKE SWISS FINANCIAL SERVICES, INC.'S REPLY IN SUPPORT OF ITS AMENDED MOTION FOR SUMMARY JUDGMENT** with the Court using the CM/ECF system, which sent notification to all parties of record in this matter.

/s/ Deidre Abdelrashid, Paralegal
_____