IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-02786-WJM-BNB

Agile Safety Variable Fund, L.P. and Sky Bell
Select LP,

    Plaintiffs,

v.

RBS Citizens, N.A. d/b/a Charter One Bank, et al.,

    Defendants.

---

**UNOPPOSED MOTION TO PERMIT COUNSEL FOR PLAINTIFFS TO SUPPLEMENT ITS ORAL ARGUMENT BY USE OF GRAPHICS DURING THE APRIL 25, 2011 ORAL ARGUMENT**

---

Plaintiffs Agile Safety Variable Fund, L.P. and Sky Bell Select, L.P. ("Plaintiffs") hereby moves for an order permitting counsel for Plaintiffs to display graphics during the oral argument scheduled for Monday, April 25, 2011 at 10:30 a.m. Pursuant to D.C.Colo.L.Civ.R. 7.1A, counsel certifies that they have conferred with counsel for RBS Citizens, N.A. and counsel for Swiss Financial Services, Inc., who advised that they each do not object to the requested relief. In support of this motion, Plaintiffs state as follows:

    1.    This Court has scheduled a one-hour oral argument in this matter for April 25, 2011 at 10:30 a.m. regarding Defendants' pending motions to dismiss and motions for summary judgment.

    2.    Consistent with its normal practice before the federal courts and other tribunals, counsel for Plaintiffs wishes to display graphics during the oral argument.

3. Counsel believes the use of graphics would assist the Court in considering the arguments of counsel and would facilitate a more efficient presentation by enabling the Court and all counsel to view instantaneously the relevant language from and citations to documents and cases that counsel discusses.

4. The graphics would not display evidence that has not previously been placed in the record in connection with the motions that are the subject of the oral argument.

WHEREFORE, for the reasons stated above, Plaintiffs respectfully request that this Court grant this motion to permit the use of graphics during the oral argument scheduled for Monday, April 25, 2011.

Dated: April 21, 2011

Respectfully submitted,

/s/ Emily Alexander
Emily Alexander
THOMAS, ALEXANDER & FORRESTER LLP
14 27th Avenue
Venice, California 90291
Tel: (310) 961-2536
Fax: (310) 526-6852
Email: emilyalexander@tafattorneys.com

*Attorneys for Agile Safety Variable Fund, L.P. and Sky Bell Select L.P*