IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-02786-WJM-BNB

Agile Safety Variable Fund, L.P. and Sky Bell
Select LP,

      Plaintiffs,

v.

RBS Citizens, N.A. d/b/a Charter One Bank, et al.,

      Defendants.

---

ORDER GRANTING UNOPPOSED MOTION TO PERMIT COUNSEL FOR
PLAINTIFFS TO SUPPLEMENT ITS ORAL ARGUMENT BY USE OF GRAPHICS
DURING THE APRIL 25, 2011 ORAL ARGUMENT

---

This matter having come before the Court on the Unopposed Motion to Permit Counsel for Plaintiffs to Supplement Its Oral Argument by Use of Graphics During the April 25, 2011 Oral Argument, and the Court having reviewed the file in this matter, the Court

HEREBY GRANTS the Unopposed Motion to Permit Counsel for Plaintiffs to Supplement Its Oral Argument by Use of Graphics During the April 25, 2011 Oral Argument and ORDERS that Plaintiffs are permitted to display graphics during the April 25, 2011 oral argument.

                                        BY THE COURT:

                                        _____

                                        District Court Judge