IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-02786-WJM-BNB

Agile Safety Variable Fund, L.P. and Sky Bell
Select LP,

    Plaintiffs,

v.

RBS Citizens, N.A. d/b/a Charter One Bank, et al.,

    Defendants.

## CERTIFICATE OF SERVICE

    I hereby certify that on April 21, 2011, I electronically filed the following documents

UNOPPOSED MOTION TO PERMIT COUNSEL FOR PLAINTIFFS TO SUPPLEMENT ITS ORAL ARGUMENT BY USE OF GRAPHICS DURING THE APRIL 25, 2011 ORAL ARGUMENT

ORDER GRANTING UNOPPOSED MOTION TO PERMIT COUNSEL FOR PLAINTIFFS TO SUPPLEMENT ITS ORAL ARGUMENT BY USE OF GRAPHICS DURING THE APRIL 25, 2011 ORAL ARGUMENT

with the Court using the CM/ECF system, which sent notification of such filing to the following individuals:

    Howard Schiffman
    Schulte Roth & Zabel LLP
    1152 15th Street N.W., Suite 850
    Washington, D.C. 20015

    David A. Zisser
    Davis, Graham & Stubbs LLP
    1550 17th Street, Suite 500
    Denver, Colorado 80202

Eric A. Bensky, Esq.
Schulte Roth & Zabel LLP
1152 Fifteenth Street, NW, Suite 850
Washington, DC 20005

Attorneys for Defendant Citizens Financial Group

Robert B. Christie
Henderson & Lyman
175 West Jackson, Suite 240
Chicago, Illinois 60604

Attorneys for Defendant Swiss Financial Services, Inc.

                        THOMAS, ALEXANDER & FORRESTER LLP


                        */s/ Emily Alexander*
                        Emily Alexander
                        14 27th Avenue
                        Venice, California 90291
                        Telephone: (310) 961-2536
                        Facsimile:  (310) 526-6852
                        Email:  steventhomas@tafattorneys.com

                        Attorney for Plaintiffs