THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy: Deborah Hansen         Date:  April 25, 2011
Court Reporter:    Tracy Weir

_____

Civil Case No.   09-cv-02786-WJM-BNB          Counsel:

AGILE SAFETY VARIABLE FUND, L.P.              Steven W. Thomas
and Sky Bell Select LP,                       Emily S. Alexander
                                              Steven M. Feder
     Plaintiffs,

v.

RBS Citizens, N.A. d/b/a Charter One Bank     Howard Schiffman
and Swiss Financial Services, Inc.,           Eric A. Bensky
                                              David A. Zisser
     Defendants.                              Robert B. Christie
                                              Holly S. Sollod

_____

COURTROOM MINUTES
_____

ORAL ARGUMENT

10:30 a.m.    Court in Session

Appearances

Court's comments

The Court takes argument on the following pending motions:
1) Defendant Swiss Financial Services, Inc.'s Motion to Dismiss [Doc No. 44];
2) Defendants Citizens Financial Group, Inc.'s And The Royal Bank Of Scotland Group PLC'S Motion To Dismiss The Amended Complaint [Doc No. 51]
3) Defendant RBS Citizens, N.A.'S Amended Motion For Summary Judgment [Doc No. 166].

1

10:38  Argument by Mr. Shiffman

10:54  Argument by Mr. Christie

10:59  Argument by Mr. Thomas

11:30  Rebuttal Argument by Mr. Schiffman

11:38  Rebuttal Argument by Mr. Christie

The Court's findings and conclusions entered on the record.

**ORDERED:  This Court has personal jurisdiction over both Defendants in this case.**

**ORDERED:  Defendant Swiss Financial Services, Inc.'s Motion to Dismiss [Doc No. 44]; Defendants Citizens Financial Group, Inc.'s And The Royal Bank Of Scotland Group PLC'S Motion To Dismiss The Amended Complaint [Doc No. 51]; and Defendant RBS Citizens, N.A.'S Amended Motion For Summary Judgment [Doc No. 166] are TAKEN UNDER ADVISEMENT.  A written order shall issue.**

The Court takes argument on the following pending motion: Defendant RBS Citizens, N.A.'S Motion To Strike Plaintiffs' Declarations [Doc No. 188].

12:10  Argument by Mr. Bensky

12:19  Argument by Mr. Thomas

**ORDERED:  Defendant RBS Citizens, N.A.'S Motion To Strike Plaintiffs' Declarations [Doc No. 188] is DENIED.**

12:24 p.m.    Court in Recess
              Hearing concluded
              Time: 1/54