IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02786-WJM-BNB

AGILE SAFETY VARIABLE FUND, L.P., and
SKY BELL SELECT, LP,

Plaintiffs,

v.

RBS CITIZENS, N.A., d/b/a Charter One Bank and Swiss Financial Services, Inc.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Pursuant to the request of the parties,

IT IS ORDERED that the Pretrial Conference set for July 27, 2011, is **vacated and reset to July 26, 2011, at 8:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **July 19, 2011**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  July 12, 2011