IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 09-cv-02786-WJM-BNB | Date: July 26, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A 401 |

AGILE SAFETY VARIABLE FUND, L.P., and          Steven Thomas
SKY BELL SELECT LP,                                           Emily Alexander
                                                                              Steven Feder

        Plaintiff(s),

v.

RBS CITIZENS, N.A.,                                             Howard Schiffman
doing business as
Charter One Bank
SWISS FINANCIAL SERVICES, INC.,                Holly Sollod
                                                                              Robert Christie

        Defendant(s).

## COURTROOM MINUTES

**FINAL PRETRIAL CONFERENCE**

Court in Session:       8:02 a.m.

Appearance of counsel.

Court's initial comments.

The proposed Pretrial Order was reviewed.

**ORDERED:** **The proposed Pretrial Order was not approved.**
**A supplemental pretrial conference is set for August 26, 2011 at 1:30 p.m.**
**Counsel were directed to submit a proposed Pretrial Order, in accordance**
**with the directions of the Court, by August 22, 2011.**

**ORDERED:** **All motions directed to discovery issues shall be filed on or before August 12, 2011.**

Recess:       8:26 a.m.       Hearing concluded.       Total time in court: 00:24

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.