IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02786-WJM-BNB

AGILE SKY ALLIANCE FUND LP, and
SKY BELL SELECT, LP,

Plaintiffs,

v.

RBS CITIZENS, N.A., d/b/a Charter One Bank, and
SWISS FINANCIAL SERVICES, INC.,

Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a final pretrial conference.  The proposed final pretrial order was refused for reasons stated on the record.

IT IS ORDERED:

(1) All motions directed at discovery issues shall be filed, if at all, not later than **August 12, 2011**;

(2) The parties shall submit a revised proposed final pretrial order on or before **August 22, 2011,** modified as discussed at the pretrial conference this morning; and

(3) A supplemental final pretrial conference is set for **August 26, 2011, at 1:30 p.m.** Counsel may appear at the supplemental final pretrial conference by conference call, as discussed at conference this morning.

Dated July 26, 2011.

                BY THE COURT:

                s/ Boyd N. Boland
                United States Magistrate Judge