IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

Civil Action No, 09-cv-02786-WJM-BNB

Agile Safety Variable Fund, L.P. and Sky Bell Select LP,

Plaintiffs,

v.

RBS Citizens, N.A. d/b/a Charter One Bank and Swiss Financial Services, Inc.,

Defendants.

## RBS CITIZENS, N.A.'S MOTION FOR SANCTIONS AGAINST PLAINTIFFS FOR FAILURE TO COMPLY WITH COURT ORDER

Defendant RBS Citizens, N.A. d/b/a Charter One ("Charter One"), by and through its undersigned counsel, hereby moves pursuant to Fed. R. Civ. P. 37(b) for an order imposing sanctions against Plaintiffs for not obeying this Court's November 4, 2010 Order, which required the production by November 12, 2010 of documents showing buy-sell information and due diligence files for all Asset Based Lending ("ABL") hedge funds in which Plaintiffs and any affiliates who relied on or shared the same due diligence information invested from June 1, 2003, as well as quarterly statements from that same date identifying the assets held by both Plaintiffs and all the affiliates. In particular, Charter One respectfully moves for an order:

(1) requiring Plaintiffs to submit an affidavit or affidavits explaining where, when, and how they (a) searched for (i) buy-sell information (<u>e.g.</u>, trade confirmations, acknowledgements, subscription materials) for interests in ABL funds by either Plaintiff or any of their affiliated funds, (ii) due diligence files from the PT Tools database that were not otherwise maintained outside of that database, and (iii) quarterly statements identifying the assets held by affiliated funds Agile Composite Fund, Agile Safety Fund International, Agile Safety

DOC ID-17199178.4

Master Fund, Agile Safety Fund (International) - Euro, and Sky Bell Offshore Ltd., and (b) tried to restore the PT Tools database, along with the results of those efforts;

(2) requiring Plaintiffs to produce Neal Greenberg for a supplemental deposition to explain when Plaintiff Agile Safety Variable Fund, L.P. made "reinvestments" in Lancelot and purchases of the derivative contract through KBC referenced in the March 24, 2011 Declaration of Neal Greenberg that Plaintiffs submitted in support of their Opposition to RBS Citizens, N.A.'s Amended Motion for Summary Judgment, the amounts of those supposed investments, and what documentation supports or otherwise relates to those asserted transactions;

(3) precluding Plaintiffs from asserting or introducing evidence at trial concerning the supposed "reinvestments" and derivative contract purchases;

(4) otherwise staying this proceeding and declining to set a trial date until Plaintiffs either produce the material described in paragraph (1)(a), above, or persuade this Court (via the requested affidavit(s) and deposition or otherwise) that such materials do not exist or cannot be obtained, and

(5) requiring Plaintiff Agile Safety Variable Fund, L.P. to produce (in the absence of production of the applicable missing materials) an affidavit from a party representative confirming that there are no documents showing investments, "reinvestments," or other purchases of Lancelot interests (including derivatives with exposure to Lancelot interests) other than the purchases of $1 million on March 3, 2004, $2 million on April 1, 2004, $3 million on May 1, 2004, $1 million on July 1, 2004, and $2 million on November 1, 2004.

Charter One respectfully requests that Plaintiffs be advised via the same order that failure to comply will be seen as willful misconduct that will subject their case to dismissal under Fed. R. Civ. P. 37(b)(2)(A)(v).

Charter One respectfully submits the accompanying memorandum of law in support of this motion, appropriately citing to supporting authority demonstrating that Charter One is entitled to the relief requested.

### Certification Pursuant to D.C.COLO.LCivR. 7.1

The undersigned counsel certifies pursuant to D.C.COLO.LCivR. 7.1 that counsel for Charter One conferred in good faith with counsel for Plaintiffs.  Such conferral included written correspondence (including emails) from Charter One's counsel on November 19, 2010, January 4, 2011, January 21, 2011, and March 24, 2011, written correspondence from Plaintiffs' counsel on January 24, 2011 and August 11, 2011, a conference call on February 8, 2011, a discussion during the February 23, 2011 conference before Magistrate Judge Boland, a telephone call between Steven Thomas and Eric Bensky on July 19, 2011, and a conference call on August 5, 2011 among Steven Thomas, Robert Christie, and Eric Bensky.

Dated this 12th day of August, 2011.

    Respectfully submitted,

    /s Howard Schiffman
    Howard Schiffman
    Eric A. Bensky
    Schulte Roth & Zabel LLP
    1152 15th Street NW, Suite 850
    Washington, DC  20005
    Telephone:  202-729-7470
    E-Mail:  howard.schiffman@srz.com
    E-Mail:  eric.bensky@srz.com

    *Counsel for Defendant RBS Citizens, N.A.*

**Certificate of Service**

I hereby certify that on this 12th day of August, 2011, I electronically filed RBS Citizens, N.A.'s Motion For Sanctions Against Plaintiffs For Failure To Comply With Court Order with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to each of the following:

Plaintiffs' Attorneys:

    Steven W. Thomas
    Thomas, Alexander & Forrester LLP
    14-27th Ave
    Venice, CA 90291
    steven.thomas@tafattorneys.com

    Steven M. Feder
    Feder Law Firm
    730 17th Street, Suite 550
    Denver, CO 80202
    steve@federlawfirm.com

Attorneys for Swiss Financial Services, Inc.:

    Robert B. Christie
    Henderson & Lyman
    175 West Jackson Blvd, Suite 240
    Chicago, IL 60604
    rchristie@henderson-lyman.com

    Holly Stein Sollod
    Brooke Harrison McCarthy
    Holland & Hart LLP
    555 17th Street, Suite 3200
    Denver, CO 80202
    hsteinsollod@hollandhart.com
    bhmccarthy@hollandhart.com

/s Eric A. Bensky
Howard Schiffman
Eric A. Bensky
Schulte Roth & Zabel LLP
1152 15th Street N.W., Suite 850
Washington, DC  20005
Telephone:  202-729-7470
E-Mail:  howard.schiffman@srz.com
E-Mail:  eric.bensky@srz.com

Counsel for Defendant RBS Citizens, N.A.