IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02786-WJM-BNB

AGILE SAFETY VARIABLE FUND, L.P., and
SKY BELL SELECT, LP,

Plaintiffs,

v.

RBS CITIZENS, N.A., d/b/a Charter One Bank and Swiss Financial Services, Inc.,

Defendant.

---

## MINUTE ORDER

---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **RBS Citizens, N.A.'s Motion for Sanctions Against Plaintiffs for Failure to Comply with Court Order** [docket no. 227, filed August 12, 2011] (the "Motion").

IT IS ORDERED that plaintiff shall respond to the Motion on or before **August 30, 2011**. No reply will be accepted without leave of court.

IT IS FURTHER ORDERED that a hearing on this Motion is set for **September 2, 2011, at 2:30 p.m., for one hour**, in Courtroom A-401, 4th Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  August 15, 2011