IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-02786-WJM-BNB

Agile Safety Variable Fund, L.P. and Sky Bell
Select LP,

      Plaintiffs,

v.

RBS Citizens, N.A. d/b/a Charter One Bank, et
al.,

      Defendants.

---

## CERTIFICATE OF SERVICE

---

      I hereby certify that on August 22, 2011, I electronically filed the following document

FINAL PRETRIAL ORDER

with the Court using the CM/ECF system, which sent notification of such filing to the following

individuals:

      Howard Schiffman
      Schulte Roth & Zabel LLP
      1152 15th Street N.W., Suite 850
      Washington, D.C. 20015

      David A. Zisser
      Davis, Graham & Stubbs LLP
      1550 17th Street, Suite 500
      Denver, Colorado 80202

      Eric A. Bensky, Esq.
      Schulte Roth & Zabel LLP
      1152 Fifteenth Street, NW, Suite 850
      Washington, DC 20005

Attorneys for Defendant Citizens Financial Group

Robert B. Christie
Henderson & Lyman
175 West Jackson, Suite 240
Chicago, Illinois 60604

Attorneys for Defendant Swiss Financial Services, Inc.


THOMAS, ALEXANDER & FORRESTER LLP


*/s/ Steven W. Thomas*
Steven W. Thomas
Emily Alexander
14 27th Avenue
Venice, California 90291
Telephone: (310) 961-2536
Facsimile:  (310) 526-6852
Email:  steventhomas@tafattorneys.com

Attorneys for Plaintiffs