IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02786-WJM-BNB

AGILE SKY ALLIANCE FUND LP, and
SKY BELL SELECT, LP,

Plaintiffs,

v.

RBS CITIZENS, N.A., d/b/a Charter One Bank, and
SWISS FINANCIAL SERVICES, INC.,

Defendants.
_____

**ORDER**
_____

The parties appeared this afternoon for a final pretrial conference.  The proposed final pretrial order was refused for reasons stated on the record.

IT IS ORDERED that the parties shall submit a revised final pretrial order on or before **September 9, 2011**, modified as discussed on the record this afternoon.

Dated August 26, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge