IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 09-cv-02786-WJM-BNB | Date: August 26, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A 401 |

| | |
|---|---|
| AGILE SAFETY VARIABLE FUND, L.P., and SKY BELL SELECT LP, | Steven Thomas<br>Steven Feder |
| Plaintiff(s), | |
| v. | |
| RBS CITIZENS, N.A.,<br>doing business as<br>Charter One Bank | Eric Bensky |
| SWISS FINANCIAL SERVICES, INC., | Holly Sollod<br>Robert Christie |
| Defendant(s). | |

## COURTROOM MINUTES

**TELEPHONIC FINAL PRETRIAL CONFERENCE**

Court in Session:     1:34 p.m.

Appearance of counsel.

Court's initial comments.

The proposed Pretrial Order was reviewed.

**ORDERED:   The proposed Pretrial Order was not approved; counsel were directed to submit a proposed Pretrial Order, in accordance with the directions of the Court, on or before September 9, 2011.**
**Exhibits to be exchanged on or before September 30, 2011**
**Objections to be filed on or before October 21, 2011.**

Court in Recess:     1:54 p.m.     Hearing concluded.     Total time in court: 00:20

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.