IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02786-WJM-BNB

AGILE SKY ALLIANCE FUND LP, and
SKY BELL SELECT, LP,

Plaintiffs,

v.

RBS CITIZENS, N.A., d/b/a Charter One Bank, and
SWISS FINANCIAL SERVICES, INC.,

Defendants.

___

**ORDER**
___

This matter arises on **RBS Citizens, N.A.'s Motion for Sanctions Against Plaintiffs for Failure to Comply With Court Order** [Doc. # 227, filed 8/12/2011] (the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED that the Motion [Doc. # 227] is GRANTED IN PART and DENIED IN PART as follows:

(1)   GRANTED to provide that discovery is reopened to allow defendant RBS Citizens to (i) serve no more than five additional interrogatories; (ii) serve no more than five additional requests for production; (iii) serve no more than five additional requests for admissions; and (iv) reopen the deposition of Neal Greenberg for not more than three additional hours. All discovery must be completed on or before **November 11, 2011**; all written discovery must be served so that responses are due on or before **November 11, 2011**; and

(2)     DENIED in all other respects.

Dated September 2, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge