IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02786-WJM-BNB

AGILE SKY ALLIANCE FUND LP, and
SKY BELL SELECT, LP,

Plaintiffs,

v.

RBS CITIZENS, N.A., d/b/a Charter One Bank, and
SWISS FINANCIAL SERVICES, INC.,

Defendants.
_____

**ORDER**
_____

I held a final pretrial conference in this case on August 26, 2011.  I reviewed the proposed final pretrial order and refused to enter it based on matters discussed at that conference.  I ordered the parties to submit a revised final pretrial order on or before September 9, 2011, modified as discussed at the final pretrial conference.  Subsequently, I allowed defendant RBS Citizens to take additional discovery which will not be completed until November 11, 2011.

The parties submitted competing forms of proposed final pretrial orders.

IT IS ORDERED:

(1) The proposed final pretrial orders [Doc. # 242 and 244] are REFUSED.

(2) The parties shall submit a single, revised final pretrial order, on or before **December 1, 2011**, utilizing the form attached as Appendix G to the local rules of practice of this court, D.C.COLO.LCivR, and which complies with the instructions contained in Appendix G, the local rules of practice of this court, and the practice standards of the district judge.

(3)     A supplemental final pretrial conference is set for **December 8, 2011, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Dated September 12, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge