IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-02786-WJM-BNB

Agile Safety Variable Fund, L.P. and Sky Bell
Select LP,
    Plaintiffs,

v.

RBS Citizens, N.A. d/b/a Charter One Bank, et al.,

    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2011, I electronically filed the following

documents

    OBJECTIONS TO MAGISTRATE JUDGE'S ORDERS GRANTING IN PART
    DEFENDANTS' MOTION FOR SANCTIONS AND POSTPONING FINAL
    PRETRIAL CONFERENCE

    DECLARATION OF STEVEN W. THOMAS

with the Court using the CM/ECF system, which sent notification of such filing to the following

individuals:

    Howard Schiffman
    Schulte Roth & Zabel LLP
    1152 15th Street N.W., Suite 850
    Washington, D.C. 20015

    David A. Zisser
    Davis, Graham & Stubbs LLP
    1550 17th Street, Suite 500
    Denver, Colorado 80202

Eric A. Bensky, Esq.
Schulte Roth & Zabel LLP
1152 Fifteenth Street, NW, Suite 850
Washington, DC 20005

Attorneys for Defendant Citizens Financial Group

Robert B. Christie
Henderson & Lyman
175 West Jackson, Suite 240
Chicago, Illinois 60604

Attorneys for Defendant Swiss Financial Services, Inc.

        THOMAS, ALEXANDER & FORRESTER LLP

        */s/ Emily Alexander*_____
        Steven W. Thomas
        Emily Alexander
        14 27th Avenue
        Venice, California 90291
        Telephone: (310) 961-2536
        Facsimile:  (310) 526-6852
        Email:  steventhomas@tafattorneys.com
        Email:  emilyalexander@tafattorneys.com

        Attorneys for Plaintiffs