IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02786-RBJ-BNB

AGILE SKY ALLIANCE FUND LP, and
SKY BELL SELECT, LP,

Plaintiffs,

v.

RBS CITIZENS, N.A., d/b/a Charter One Bank, and
SWISS FINANCIAL SERVICES, INC.,

Defendants.
_____

**ORDER**
_____

This matter arises on **RBS Citizens, N.A.'s Expedited Motion to Set the Deposition of Neal Greenberg and Shorten Response Times for Supplemental Discovery Requests** [Doc. # 251, filed 9/27/2011] (the "Motion"), which is DENIED.

By an Order [Doc. # 240] I reopened discovery for the limited purposes of allowing defendant Charter One to serve no more than five additional interrogatories, five additional production requests, and five additional requests for admissions, and to reopen the deposition of Neal Greenberg for not more than three additional hours. I found the additional discovery to be necessary and warranted because Mr. Greenberg submitted, after discovery closed, an affidavit which appears to be inconsistent with discovery responses previously given. I required that the additional discovery be completed by November 11, 2011.

On the last day possible, the plaintiffs objected to my Order. See Objections [Doc. # 247, filed 9/16/2011]. Charter One argues that the timing of the Objection and other conduct by the

plaintiffs is a passive-aggressive, foot-dragging tactic designed to avoid making the required discovery. Motion [Doc. # 251] at pp. 2, 6.

In ordering additional discovery within the time frame allowed, I had in mind that Charter One would have sufficient time to serve the additional written discovery, receive and analyze the responses, and depose Mr. Greenberg. I did not contemplate that the additional written discovery would be served in two, seriatim sets.

I am informed that Charter One served written discovery consistent with the Order on September 12, 2011. Charter One is correct that the filing of an objection to a magistrate judge's discovery order does not stay the discovery. D.C.COLO.LCivR 30.2B. Consequently, I anticipate that the plaintiffs will respond to the written discovery within the time allowed by the Federal Rules of Civil Procedure, or on or about October 12, 2011. I further anticipate that the deposition of Mr. Greenberg will occur at a reasonable date and time between October 12 and November 11, 2011. I will not order expedited answers to the written discovery, however, to facilitate the service of two sets. That was not within my original contemplation; it is not necessary; and Charter One has failed to establish good cause to justify such a requirement.

IT IS ORDERED that the Motion [Doc. # 251] is DENIED.

Dated September 28, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge