IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-02786-WJM-BNB

Agile Safety Variable Fund, L.P. and Sky Bell Select LP,

    Plaintiffs,

v.

RBS Citizens, N.A. d/b/a Charter One Bank, et al.,

    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2011, I electronically filed the following documents

JOINT STATUS REPORT

with the Court using the CM/ECF system, which sent notification of such filing to the following

individuals:

    Howard Schiffman
    Schulte Roth & Zabel LLP
    1152 15th Street N.W., Suite 850
    Washington, D.C. 20015

    David A. Zisser
    Davis, Graham & Stubbs LLP
    1550 17th Street, Suite 500
    Denver, Colorado 80202

    Eric A. Bensky, Esq.
    Schulte Roth & Zabel LLP
    1152 Fifteenth Street, NW, Suite 850
    Washington, DC 20005

Attorneys for Defendant Citizens Financial Group

Robert B. Christie
Henderson & Lyman
175 West Jackson, Suite 240
Chicago, Illinois 60604

Attorneys for Defendant Swiss Financial Services, Inc.

                                THOMAS, ALEXANDER & FORRESTER LLP

                                */s/ Steven W. Thomas*_____
                                Steven W. Thomas
                                Emily Alexander
                                14 27th Avenue
                                Venice, California 90291
                                Telephone: (310) 961-2536
                                Facsimile:  (310) 526-6852
                                Email:  steventhomas@tafattorneys.com
                                Email:  emilyalexander@tafattorneys.com

                                Attorneys for Plaintiffs