IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-02786-RBJ-BNB

Agile Safety Variable Fund, L.P. and Sky Bell
Select LP,

       Plaintiffs,

v.

RBS Citizens, N.A. d/b/a Charter One Bank,
and Swiss Financial Services Inc.,

       Defendants.

---

## CERTIFICATE OF SERVICE

---

I hereby certify that on October 21, 2011, I electronically filed the following documents

**NOTICE OF FILING PLAINTIFFS' OBJECTIONS TO DEFENDANTS'
EXHIBITS**

with the Court using the CM/ECF system, which sent notification of such filing to the following

individuals:

Howard Schiffman
Schulte Roth & Zabel LLP
1152 15th Street N.W., Suite 850
Washington, D.C. 20015

David A. Zisser
Davis, Graham & Stubbs LLP
1550 17th Street, Suite 500
Denver, Colorado 80202

Eric A. Bensky, Esq.
Schulte Roth & Zabel LLP
1152 Fifteenth Street, NW, Suite 850
Washington, DC 20005

Attorneys for Defendant Citizens Financial Group

Robert B. Christie
Henderson & Lyman
175 West Jackson, Suite 240
Chicago, Illinois 60604

Attorneys for Defendant Swiss Financial Services, Inc.

THOMAS, ALEXANDER & FORRESTER LLP

*/s/ Steven W. Thomas*
Steven W. Thomas
Emily Alexander
14 27th Avenue
Venice, California 90291
Telephone: (310) 961-2536
Facsimile:  (310) 526-6852
Email:  steventhomas@tafattorneys.com
Email:  emilyalexander@tafattorneys.com

Attorneys for Plaintiffs