IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 09-cv-02786-RBJ-BNB | Date: December 8, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A 401 |

| | |
|---|---|
| AGILE SAFETY VARIABLE FUND, L.P., | Steven Thomas |
| SKY BELL SELECT LP, | Steven Feder |
| | Emily Alexander |
| Plaintiff(s), | |
| v. | |
| RBS CITIZENS, N.A., | Howard Schiffman |
| doing business as | |
| Charter One Bank | |
| SWISS FINANCIAL SERVICES, INC., | Holly Sollod |
| | Robert Christie |
| Defendant(s). | |

## COURTROOM MINUTES

**FINAL PRETRIAL CONFERENCE**

Court in Session:     8:35 a.m.

Appearance of counsel.

Court's initial comments.

The proposed Pretrial Order was reviewed.

**ORDERED: Pretrial Order was approved and filed with the corrections made of record. Objections to exhibits December 23, 2011.**

Court in Recess:     8:53 a.m.     Hearing concluded.     Total time in court: 00:18

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.