IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-02786-RBJ-BNB

AGILE SAFETY VARIABLE FUND, L.P. and
SKY BELL SELECT LP,

    Plaintiffs,

v.

RBS CITIZENS, N.A. d/b/a CHARTER ONE BANK, et al.,

    Defendants.

---

DECLARATION IN SUPPORT OF
RBS CITIZENS, N.A.'S RENEWED MOTION FOR SUMMARY JUDGMENT

---

ERIC A. BENSKY, declares as follows:

1. I am an attorney admitted to practice before the Courts of the State of New York and the United States District Court for the District of Colorado, and I am associated with the law firm Schulte Roth & Zabel LLP, attorneys for Defendant RBS Citizens, N.A. ("Charter One").

2. I respectfully submit this Declaration in support of RBS Citizens, N.A.'s Renewed Motion for Summary Judgment, which it is provisionally filing along with a motion for leave to file the same.

3. The statements in this Declaration are true to the best of my knowledge, information, and belief.

4. Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' Supplemental Responses to Interrogatory 1 of Defendant's Fifth Set of Interrogatories, dated November 11, 2011.

5. Attached hereto as Exhibit B is a true and correct copy of Plaintiffs' Responses to Defendant's Fifth Set of Interrogatories, dated November 7, 2011.

6. Attached hereto as Exhibit C are true and correct copies of pages 409-412, 417-420, 429-432, 441-448, 465-468, 501-504, and 529-540 from the transcript of the November 8, 2011 deposition of Neal Greenberg in this proceeding.

7. Attached hereto as Exhibit D is a true and correct copy of the Lancelot Investors Fund, L.P. Account Statement for the month of December 2007 for Citco Global Custody (NA) NV Agile Safety Variable Fund LP that has been marked as Deposition Exhibit 275.

8. Attached hereto as Exhibit E is a true and correct copy of the Proof of Claim Form filed on behalf of Agile Safety Variable Fund, L.P. in the Lancelot Investors Fund, L.P. bankruptcy proceeding in the United States Bankruptcy Court for the Northern District of Illinois, including the Lancelot Investors Fund, L.P. Account Statement for the month of August 2008 for Citco Global Custody (NA) NV Agile Safety Variable Fund LP attached thereto. This document has been marked as Deposition Exhibit 271.

9. Attached hereto as Exhibit F is a true and correct copy the Lancelot Investors Fund, L.P. Account Statement for the month of December 2004 for BAS LLC fbo Agile Safety Variable Fund, LP that has been marked as Deposition Exhibit 272.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 12th day of December, 2011.

<u>/s/ Eric A. Bensky</u>
Eric A. Bensky

**Certificate of Service**

I hereby certify that on this 12th day of December, 2011, I electronically filed the Declaration in Support of RBS Citizens, N.A.'s Renewed Motion for Summary Judgment with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to each of the following:

| Plaintiffs' Attorneys: | Attorneys for Swiss Financial Services, Inc.: |
|---|---|
| Steven W. Thomas<br>Thomas, Alexander & Forrester LLP<br>14-27th Ave<br>Venice, CA 90291<br>steven.thomas@tafattorneys.com | Robert B. Christie<br>Henderson & Lyman<br>175 West Jackson Blvd, Suite 240<br>Chicago, IL 60604<br>rchristie@henderson-lyman.com |
| Steven M. Feder<br>Feder Law Firm<br>730 17th Street, Suite 550<br>Denver, CO 80202<br>steve@federlawfirm.com | Holly Stein Sollod<br>Brooke Harrison McCarthy<br>Holland & Hart LLP<br>555 17th Street, Suite 3200<br>Denver, CO 80202<br>hsteinsollod@hollandhart.com<br>bhmccarthy@hollandhart.com |

/s Eric A. Bensky
Howard Schiffman
Eric A. Bensky
Schulte Roth & Zabel LLP
1152 15th Street N.W., Suite 850
Washington, DC  20005
Telephone:  202-729-7470
E-Mail:  howard.schiffman@srz.com
E-Mail:  eric.bensky@srz.com

Counsel for Defendant RBS Citizens, N.A.