# EXHIBIT C

NEAL GREENBERG - VOLUME 2
11/8/2011

Page 409

1  APPEARANCES:
2  THOMAS, ALEXANDER & FORRESTER, LLP
3  Counsel for Plaintiffs
4      14 27th Avenue
5      Venice, California 90291
6      310-961-2536
7  BY: STEVEN W. THOMAS, ESQUIRE
8
9  SCHULTE ROTH & ZABEL, LLP
10 Counsel for RBS Citizens, N.A.
11     1152 Fifteenth Street, NW, Suite 850
12     Washington, DC 20005
13     202-729-7470
14 BY: HOWARD SCHIFFMAN, ESQUIRE
15 AND: KATHERINE L. SCHUERMAN, ESQUIRE
16 AND: ERIC A. BENSKY, ESQUIRE
17
18 HENDERSON & LYMAN
19 Counsel for Swiss Financial Services
20     175 West Jackson Boulevard, Suite 240
21     Chicago, Illinois 60604
22     312-986-6960
23 BY: NICOLETTE N. KMIECIK, ESQURIE
24 ALSO PRESENT:
25     DAVID SANDERS, Videographer

Page 410

1       THE VIDEOGRAPHER: This is the video
2  operator speaking David Sanders of Merrill Legal
3  Solutions, 225 Varick Street, New York, New York
4  10014. Today is November 8, 2011 and the time is
5  1:15 p.m.
6       We are at the offices of Schulte Roth &
7  Zabel, 919 Third Avenue, New York, New York to take
8  the videotape deposition of Neal Greenberg, in the
9  matter of Agile Safety Variable Fund, LP, et al.
10 versus RBS Citizens, et al., In The United States
11 District Court, District of Colorado.
12      Will counsel please introduce themselves
13 for the record.
14      MR. SCHIFFMAN: Schulte Roth & Zabel, by
15 Howard Schiffman, Eric Bensky and Katherine
16 Schuerman, for RBS Citizens, NA.
17      MS. KMIECIK: Nicolette Kmiecik on behalf
18 of Swiss Financial Services.
19      MR. THOMAS: Steven Thomas on behalf of
20 the plaintiffs.
21      THE VIDEOGRAPHER: Will the court
22 reporter Otis Davis of Merrill Legal Solutions please
23 swear the witness.
24      MR. THOMAS: If we could, before we get
25 started, Howard, could I just confirm, y'all served

Page 411

1  discovery, I believe it was due yesterday. I think
2  we as a courtesy served it by e-mail yesterday.
3       Did y'all get our discovery?
4       MR. BENSKY: We received the responses to
5  the document requests, responses to the
6  interrogatories, and the responses for the requests
7  for admissions.
8       MR. THOMAS: Have you gotten any
9  documents?
10      MR. BENSKY: We have not to date.
11      MR. THOMAS: As a courtesy I have brought
12 the documents. Since it was yesterday, I didn't know
13 if you would get them or not.
14      I'm sorry, they are not Bates stamped.
15      MR. SCHIFFMAN: That's okay.
16      MR. THOMAS: My understanding is there
17 are actually two documents. There was an exhibit to
18 one of these. I'm not sure which one. This was an
19 exhibit to one, but I'm not sure which one.
20      MR. SCHIFFMAN: Does that complete the
21 document production, Steve?
22      MR. THOMAS: That's my understanding,
23 that's everything.
24      MR. SCHIFFMAN: Mr. Videographer, if
25 you'll give us the time, we'll start the deposition.

Page 412

1       THE VIDEOGRAPHER: The time is 1:18 p.m.
2       MR. SCHIFFMAN: So you are going to track
3  the deposition from that 1:18 time, please.
4       THE VIDEOGRAPHER: Yes, sir.
5       (Exhibit 271, Proof of Claim with
6  attachments, marked for identification, as of this
7  date.)
8  N E A L   G R E E N B E R G, called as a witness,
9       having been duly sworn by Otis Davis, a Notary
10      Public of the State of New York, was examined
11      and testifies further as follows:
12 EXAMINATION BY (Continued)
13 MR. SCHIFFMAN:
14      Q.  Good afternoon, Mr. Greenberg. Sir, I've
15 asked the court reporter to mark, and I've marked
16 before we started, what has been previously marked as
17 Exhibit 271, sir, and I would ask you to take a look
18 at that, and then I am going to ask if you would
19 identify what that is, if you know.
20      **A.  Did you want me to look at all of it?**
21      Q.  For now, if you could just familiarize
22 yourself with it, can you just identify what this
23 document is, sir?
24      **A.  No.**
25      Q.  Do you see your signature on the lower

2 (Pages 409 to 412)

NEAL GREENBERG - VOLUME 2
11/8/2011

Page 417

1  Q. Did you understand that Lancelot
2 Investors Fund, LP had a net asset value?
3  A. Yes.
4  Q. What is the net asset value? Explain
5 what that means, for Lancelot Investors, LP to have a
6 net asset value?
7  A. It's the total value of all their
8 investments divided by the -- times the
9 proportionate -- wait a second. Times the proportion
10 that Agile Safety Variable Fund owned.
11  Q. Do you see that in this account statement
12 there is a column called additions? Do you see that?
13  A. Yes.
14  Q. Do you understand what additions refers
15 to?
16  A. I think so.
17  Q. What did you understand additions to
18 refer to?
19  A. That would correspond to new
20 subscriptions, where we actually put new money into
21 the fund.
22  Q. What about withdrawals; what does that
23 refer to?
24  A. If we took our earnings or principal out
25 of the fund.

Page 418

1  Q. Sometimes called a redemption? Would
2 that involve redemptions?
3  A. Yes. I think we could use those terms
4 reasonably interchangeable.
5  Q. Is there any other way to take the money
6 out of the fund other than by withdrawal or
7 redemption? And by "the fund," I'm talking about
8 Lancelot Investors Fund, LP in the period '04 to '08.
9  A. I don't know. I would have to read the
10 documents.
11  Q. Now there is a line called income/(loss).
12   Do you see that?
13  A. Yes.
14  Q. And do you understand what that refers
15 to?
16  A. Yes.
17  Q. Can you tell us what that refers to?
18  A. This fund would earn interest each month.
19  Q. "This fund" being Lancelot Investors
20 Fund, LP would earn interest each month?
21  A. Yes.
22  Q. And then that interest which is earned
23 would be included in the calculation of the Lancelot
24 Investors Fund, LP net asset value?
25  A. Well, it would be included in the net

Page 419

1 asset value for the end of the current month.
2  Q. During the current month, is it 154 -- I
3 have to be honest with you, these numbers are small
4 for me, I don't know how your eyes are.
5   184,291.74, what does that represent,
6 sir?
7  A. Well, it's in the column of income, so it
8 represents income earnings in the fund, investment
9 earnings in the fund.
10  Q. So that is the investment earnings of
11 Lancelot Investors Fund, LP, the pro rata share which
12 was that pro rata share that Agile Safety Variable
13 Fund owned, right?
14   MR. THOMAS: Objection to the form.
15  A. Yes, I think so.
16  Q. What is the $1,425,943.99 under the
17 year-to-date column? What does that represent?
18  A. I don't know.
19  Q. Is that the pro rata share of Lancelot
20 Investors Fund, LP's earnings which is attributable
21 to the asset value for Agile Safety Variable Fund,
22 LP?
23  A. I don't know.
24  Q. Do you understand that your investment --
25 by "your" I mean Agile Safety Variable Fund's

Page 420

1 investment -- went up during 2008 by $1,425,943.39?
2  A. Sorry, are you asking me did I
3 understand?
4  Q. Do you understand as you sit here today.
5  A. Do I understand that it went up for 2008?
6  Q. Yeah. For 2008 the investment
7 accreted --
8  A. Do I understand that? No.
9  Q. Do you have an understanding that the
10 investment in 2008 accreted at all in any way?
11  A. Yes.
12  Q. What do you understand?
13  A. That it accreted.
14  Q. And why did it accrete?
15  A. It had investment earnings.
16  Q. And those investment earnings were
17 created by what?
18  A. Created by what? I'm sorry?
19  Q. By the interest that Lancelot Investors
20 Fund was earning? Is that what the income is?
21  A. Sorry, I can't answer it.
22  Q. Do you have an understanding? I thought
23 you said that your understanding is that Lancelot
24 Investors Fund, LP earned interest as part of its
25 business.

4 (Pages 417 to 420)

Page 429

1    Q.  In October '08 -- sorry.
2        In August of '08, which is what Exhibit
3    271 is about, in Exhibit 271 -- withdraw that.
4        In August of '08, was there an increase
5    in investment made by Agile Safety Variable Fund in
6    the Lancelot Investors Fund, LP?
7    **A.  You want me to refer to this document and**
8    **assume it's true --**
9    Q.  Your testimony is every month it
10   happened. I'm asking you did it happen in August of
11   '08?
12       MR. THOMAS: Objection to the form.
13   **A.  I think so.**
14   Q.  How much was that increased investment in
15   '08, if you know?
16   **A.  I don't know.**
17   Q.  Is that increased investment on Exhibit
18   271?
19   **A.  271?**
20   Q.  271, the document you are looking at, the
21   account statement for August '08, is that increased
22   investment reflected on that document anywhere?
23       MR. THOMAS: Objection to the form.
24   **A.  If this is a correct document reflecting**
25   **Agile Safety Variable Fund's investment in Lancelot**

Page 430

1    **Investors Fund, LP, then the answer would be this**
2    **seems to be reflective of that amount.**
3    Q.  And where on this document --
4        Since it says under additions zero, where
5    do you see the additional investment being reflected?
6        MR. THOMAS: Objection.
7    **A.  I can't answer that.**
8    Q.  The fact that it says that, do you
9    think -- does it cause you to believe that under
10   additions it's a mistake?
11       MR. THOMAS: Objection to the form.
12   **A.  I can't answer that.**
13   Q.  Do you have any explanation why it says
14   zero under additions?
15   **A.  Yes.**
16   Q.  What's your explanation?
17   **A.  About what?**
18   Q.  As to why it says zero under additions,
19   both for year to date and month to date.
20   **A.  Additions represents subscriptions.**
21   Q.  New subscriptions?
22   **A.  New subscriptions, yes.**
23   Q.  Involving cash payments for additional
24   shares?
25       MR. THOMAS: Objection to form.

Page 431

1    Q.  Or additional units?
2    **A.  I don't know.**
3    Q.  Does additions include increased
4    investments?
5        MR. THOMAS: Objection to the form.
6    **A.  Yes.**
7    Q.  If there was an increased investment in
8    August, should it be in additions?
9    **A.  Not necessarily.**
10   Q.  Where would it be if it's not in
11   additions on the account statement?
12   **A.  Well, under income.**
13   Q.  I understand the concept of income. You
14   made money that month?
15   **A.  Yes.**
16   Q.  The value of --
17       Your net asset value increased, right?
18   The net asset value of the shares you owned increased
19   by $184,000 approximately, $184,291.74, right?
20       MR. THOMAS: Objection to the form.
21   **A.  I can't answer that.**
22   Q.  So you don't know what that --
23       I thought you said that 184,291.74 was
24   the increase in the net asset value for the month.
25   **A.  I did. You asked me, so the shares**

Page 432

1    **increased $184,000, and I don't know that these are**
2    **shares or units, as I said earlier.**
3    Q.  You understand that your --
4    **A.  I understand this -- I called this an**
5    **investment, because you asked me what would you call**
6    **it, and I said I would call it an investment.**
7    Q.  So the investment accreted 184,291.74,
8    right, for the month?
9    **A.  If this statement is correct, yes.**
10   Q.  You say that's the 184 that was
11   reinvested?
12   **A.  Yes.**
13   Q.  What did you have to do to reinvest the
14   184?
15   **A.  We would hold a meeting in our offices**
16   **and various discussions throughout our office on**
17   **issues related to Lancelot and whether we felt that**
18   **we should reinvest the earnings, we should take our**
19   **money, some of it, all of it, whether we should put**
20   **additional capital into it might have been a question**
21   **that we raised in any given one of those meetings.**
22   **    The hot and heavy for quite sometime was**
23   **discussions about taking the money.**
24   Q.  To the extent you decided in August of
25   '08 or shortly thereafter in August of '08 to

7 (Pages 429 to 432)

NEAL GREENBERG - VOLUME 2
11/8/2011

Page 441

1  objection, Mr. Thomas.  It's okay.  Thank you, sir.
2      **A.  No, that's not correct.**
3      Q.  Tell us what you do know about it, sir?
4          MR. THOMAS:  Objection to the form.
5      **A.  Tell you what I do know about what?**
6      Q.  Whatever payment was involved, cash
7  involved, some of the details, all of the details,
8  whatever you know about this $9 million in
9  subscriptions which occurred in '04 how it got paid
10 for.
11         MR. THOMAS:  Objection to the form.
12     **A.  I don't know.**
13     Q.  You don't know anything about it?
14         MR. THOMAS:  Objection to the form.
15     **A.  I can't answer that.**
16     Q.  And why can't you answer it, sir?
17     **A.  Because you asked you don't know anything**
18 **about it, and I can't say I don't know anything about**
19 **it.**
20     Q.  I want you to tell us that which you do
21 know.  That's the point of my question.  If you know
22 some of the information but not all, I want you to
23 tell us what you do know.
24         MR. THOMAS:  Objection to the form.
25     **A.  Well, I do know that a subscription was**

Page 442

1  **made.**
2      Q.  Do you know how it was paid for?
3      **A.  I don't know how it was paid for exactly.**
4      Q.  Now, for the year '04, did that $9
5  million investment actually have a profit or loss in
6  connection with it?
7      **A.  Yes.**
8      Q.  What was that profit or loss on that $9
9  million investment for the year?
10     **A.  I don't know.**
11     Q.  Was it $743,455.62?
12     **A.  Was it that?  I don't know.**
13     Q.  Is that the amount of money which you are
14 claiming was reinvested in '04?
15     **A.  I didn't make that claim.**
16     Q.  Was there any money reinvested in '04?
17     **A.  Yes.**
18     Q.  How much?
19     **A.  I don't know.**
20     Q.  Again, was there any cash reinvestments
21 made beyond the $9 million in subscriptions in '04?
22         MR. THOMAS:  Objection to the form.
23     **A.  Sorry, can you ask that again.**
24         MR. SCHIFFMAN:  Can you read it back.
25         (The record was read back as follows:)

Page 443

1          THE COURT REPORTER:  "QUESTION:  Again,
2  was there any cash reinvestments made beyond the $9
3  million in subscriptions in '04?"
4      **A.  I don't know.**
5      Q.  And, again, it says month to date rate of
6  return, you see that, 1.09%?
7      **A.  Yes.**
8      Q.  What does that represent?
9      **A.  Well, I don't know.**
10     Q.  And it says, "The statement reflects
11 changes in net asset value."
12         Do you understand that the income/loss
13 for the month, the $105,533.30, that reflects the
14 increase in the net asset value of your investment,
15 Agile Safety Variable Fund's investment, in Lancelot?
16     **A.  No.**
17     Q.  What does the --
18         The $105,533.30, that gain comes from
19 what then?
20     **A.  That represents the income or loss to the**
21 **fund.**
22     Q.  Based on the change in the net asset
23 value of Lancelot Investors Fund, LP, right?
24     **A.  No.**
25     Q.  What does it represent?

Page 444

1      **A.  It represents the income or loss to the**
2  **fund.**
3      Q.  How did the fund make or lose money in
4  connection with the month of December '04?
5      **A.  Well, they claimed they were earning**
6  **interest from receivables.**
7      Q.  "They" being Lancelot Investors Fund, LP?
8      **A.  Yes.**
9      Q.  And that income is reflected in the
10 change in the net asset value of Lancelot Investors
11 Fund, LP?
12     **A.  Yes, that's correct.**
13     Q.  So that the amount of money, the
14 $105,533.30, is a profit to or a gain for Agile
15 Safety Variable Fund because the net asset value of
16 Lancelot increased as a result of earning interest?
17     **A.  No.**
18     Q.  Why is that incorrect?
19     **A.  Because you said it rose because the net**
20 **asset value increased.  That's not why it rose.**
21     Q.  It rose because it earned income which
22 then caused the net asset value to increase?
23     **A.  Yes.**
24     Q.  And similarly for the year, the
25 $743,455.62, that represents the interest income

10 (Pages 441 to 444)

Page 445

1 which is causing the net asset value of Lancelot to
2 increase for Agile Safety Variable Fund?
3    A.   Sorry, would you give me that one again.
4    Q.   The $743,455.62 represents the increase
5 in the net asset value of Agile Safety Variable
6 Fund's investment in Lancelot because Lancelot had
7 made interest during the year?
8       MR. THOMAS: Objection to the form.
9    A.   No.
10    Q.   Had earned interest during the year?
11       MR. THOMAS: Objection to the form.
12    A.   Sorry, I can't connect those two. There
13 are too many conditions.
14    Q.   Is it your understanding that the
15 $745,455.62 [sic] represents the increase as
16 reflected in the net asset value of Lancelot
17 Investors Fund because Lancelot Investors Fund earned
18 interest during calendar year 2004 which is
19 attributable to the ownership of Agile Safety
20 Variable Fund?
21       MR. THOMAS: Objection to the form.
22    A.   I can't answer that.
23    Q.   And why not?
24    A.   A, I don't understand your question.
25    Q.   What part don't you understand, sir?

Page 446

1    A.   Well, I can't -- it's hard to distinguish
2 because there were so many parts to your question.
3    Q.   You understand what the net asset value
4 is, right?
5    A.   Yes.
6    Q.   And the net asset value went up in '04,
7 right? Lancelot's net asset value went up in '04?
8    A.   Yes.
9    Q.   And it went up because Agile purportedly
10 earned interest in its business?
11       MR. THOMAS: Objection to the form.
12       MR. SCHIFFMAN: I'm sorry, withdrawn.
13    Q.   The net asset value went up because
14 Lancelot purportedly earned interest in its business?
15    A.   No.
16    Q.   Why did the net asset value of Lancelot
17 go up in '04?
18    A.   Because they earned interest on their
19 business, or purported to earn interest on their
20 business.
21    Q.   The proportionate share of the increase
22 in the net asset value which is attributable to Agile
23 Safety Variable Fund is $743,455.62, right?
24    A.   In 2004?
25    Q.   Yes.

Page 447

1    A.   Yes. If this is a year-to-date statement
2 that's calendar year, that's correct.
3    Q.   Now, did Agile Safety Variable Fund
4 receive any portion of the $743,455.62 in cash?
5    A.   Say that again.
6    Q.   Did Agile Safety Variable Fund receive
7 any portion of the $743,455.62 in cash?
8    A.   I don't know.
9    Q.   In connection with the reinvestments or
10 the increased investments in '04, other than $9
11 million, was any of the payments made in cash by
12 Agile Safety Variable Fund?
13    A.   I don't know.
14    Q.   Where are the reinvestments reflected on
15 Exhibit 272 or the increase in investments --
16       MR. THOMAS: Objection to the form.
17    Q.   -- beyond the $9 million?
18    A.   It appears it's on the third line there
19 where it says income and loss.
20       (Exhibit 273, Lancelot Investors Fund, LP
21 Account Statement unaudited for the month of December
22 2005, marked for identification, as of this date.)
23    Q.   I would like to show you what's
24 previously been marked as Exhibit 273. Again, it's
25 the same document, the account statement for calendar

Page 448

1 year 2005.
2       Again, sir, in the column under
3 additions, do you see that there is zero for the
4 year, for 2005?
5    A.   Yes, I see that in that column.
6    Q.   Is it your understanding that there were
7 no cash subscriptions made in calendar year 2005?
8       MR. THOMAS: Objection to the form.
9    A.   Was the statement and the question
10 connected somehow that you just made?
11    Q.   I have no idea what you just said. My
12 question is: Is it your understanding that in
13 calendar year 2005 there were no cash subscriptions
14 made by Agile Safety Variable Fund in Lancelot?
15       MR. THOMAS: Objection to the form.
16    A.   Is that my understanding?
17    Q.   Yes.
18    A.   This document seems to show it.
19    Q.   And I'm asking you whether you agree with
20 that. I agree with you that's what it shows, and now
21 I'm asking you do you have any reason to believe that
22 it's not right?
23    A.   I have no reason to believe it's not
24 right.
25    Q.   In fact, during calendar year 2005,

Page 465

 1  the time that they were the liquidity provider?
 2      A.  Yes.
 3      Q.  Did that change the level of
 4  indebtedness?
 5      A.  No. Wait, let me just -- let me think
 6  about that for a second.
 7          No, I don't think so.
 8      Q.  Was there any change in the haircutting
 9  policy as it relates to Lancelot Investors?
10      A.  Say that again.
11      Q.  Was there any change in KBC's haircutting
12  policy as it relates to Lancelot Investors in the
13  period '04 through '08?
14      A.  I don't remember.
15      Q.  You see here under the income, the
16  $1,170,794.02, that relates to interest income which
17  Lancelot Investors Fund claim to earn, right?
18      A.  Yes.
19      Q.  When you say "claim to earn," why do you
20  say --
21      A.  Sorry, claim that we earned.
22      Q.  Claim that we earned as a result of
23  the --
24          That was the pro rata share that Agile
25  Safety Variable Fund earned of Lancelot Investors

Page 466

 1  Fund claimed interest income?
 2      A.  Yes.
 3      Q.  Why is it claimed interest income?
 4      A.  What do you mean?
 5      Q.  As you sit here today, do you believe
 6  that, in fact, that interest income was really earned
 7  by Lancelot Investors Fund?
 8      A.  Well, no.
 9      Q.  And if you looked at Exhibit No. 272, the
10  interest income, the $743,455.62, that claimed
11  amount, in fact, wasn't earned also, right?
12          MR. THOMAS: Objection to the form.
13      A.  I can't answer that.
14      Q.  Don't you understand in '04 it was a
15  Ponzi scheme and a sham and that the money wasn't
16  really earned?
17          MR. THOMAS: Objection to the form.
18      A.  Which money?
19      Q.  The $743,455.62.
20      A.  That's my understanding.
21      Q.  That it didn't really exist?
22          MR. THOMAS: Objection to the form.
23      A.  No.
24      Q.  No what? Why no?
25      A.  In retrospect as I'm sitting here today,

Page 467

 1  I can see that what they claimed -- I believe what
 2  they claimed was false at the time.
 3      Q.  So that there wasn't $743,000 of income
 4  in '04?
 5          MR. THOMAS: Objection to the form.
 6      A.  No.
 7      Q.  There was $743,000 of income actually
 8  earned in '04 in retrospect?
 9          MR. THOMAS: Objection to the form.
10      A.  No. That's not what you asked earlier.
11      Q.  I'm not trying to ask what I asked. I'm
12  trying to understand what your testimony is.
13      A.  But you were saying that as though with
14  some sort of --
15          MR. THOMAS: Let him ask a question.
16          THE WITNESS: Sorry.
17      A.  Please ask.
18          MR. SCHIFFMAN: Again, I know you're not
19  going to interrupt in mid-sentence again.
20      A.  Please ask a question.
21      Q.  Again, sir, is it your understanding as
22  you sit here today that the $743,455.62 which is
23  claimed as income, in fact, was not really earned?
24          MR. THOMAS: Objection to the form.
25      A.  No. We felt it was really earned.

Page 468

 1      Q.  As you sit here today, do you realize
 2  that it wasn't really earned?
 3          MR. THOMAS: Objection to the form.
 4      A.  I don't -- I don't know.
 5      Q.  You don't know that, in fact, there was
 6  no interest income being earned by Lancelot Investors
 7  Fund because it was involved in a Ponzi scheme?
 8          MR. THOMAS: Objection to the form.
 9      A.  Could you ask me that again. Sorry.
10      Q.  Again, sir, do you understand that, in
11  fact, Lancelot Investors Fund did not really earn any
12  interest income in '04 because it was involved in a
13  Ponzi scheme and there was no legitimate business
14  underlying?
15          MR. THOMAS: Objection to the form.
16      A.  No.
17      Q.  And what is your understanding? What
18  interest income as you sit here today do you believe
19  the Lancelot Investors Fund earned in '04?
20      A.  I don't know.
21      Q.  What about '05?
22      A.  I don't know.
23      Q.  '06?
24      A.  I don't know.
25      Q.  '07?

16 (Pages 465 to 468)

Page 501

1  anything in connection with this topic?
2      A.   I don't understand.
3      Q.   Again, this topic, the sentence,
4  "Throughout the period 2004 to 2008, we made
5  investment decisions to increase our exposure to
6  Lancelot," do you see that?
7      A.   Yes.
8      Q.   Do you recall anything specifically said
9  by Mr. Fonacier on that topic?
10     A.   I don't know.
11     Q.   Do you recall anything said by anybody
12 else on that topic?
13     A.   On that topic, the topic being
14 "Throughout the period from 2004 to 2008, we made
15 investment decisions to increase our exposure in
16 Lancelot"?
17     Q.   Uh-huh.
18     A.   No, I don't recall.
19     Q.   Then it says, "In addition, during the
20 same period we made the investment decision to
21 increase ASVF's investments in Lancelot limited
22 partnerships through our derivative contract with
23 KBC."
24          Do you see that, the next sentence?
25     A.   Yes.

Page 502

1      Q.   Is that a true statement?
2      A.   Yes.
3      Q.   And who is the "we" in that statement?
4      A.   I don't know.
5      Q.   Would the "we" include yourself?
6      A.   Yes.
7      Q.   Does it include Mr. Fonacier?
8      A.   I don't know.
9      Q.   Mr. Sell?
10     A.   I don't know.
11     Q.   When did you make a decision to increase
12 ASVF's investments in Lancelot --
13          When did you make the investment decision
14 to increase ASVF's investment in Lancelot limited
15 partnerships through our derivative contract with
16 KBC?  When did you do that?
17     A.   When did I make the investment decision
18 to increase ASVF's investments in limited
19 partnerships through our derivative contract with
20 KBC?
21     Q.   Yes, sir.
22     A.   I don't know.
23     Q.   How did you make that decision?  What
24 happened when you made that decision?  Did anything
25 occur?

Page 503

1      A.   I don't know.
2      Q.   Did KBC buy any more shares of Lancelot
3  as a result of that investment decision?
4      A.   I don't know.
5      Q.   Did KBC pay cash to Lancelot as a result
6  of that investment decision?
7      A.   I don't know.
8      Q.   Did ASVF pay cash to KBC as a result of
9  that investment decision?
10     A.   Say that again, did ASVF pay any cash?
11     Q.   Any cash to KBC as a result of that
12 decision.
13     A.   To KBC?
14     Q.   Right.
15     A.   No.
16     Q.   Did there ever come a point in time that
17 ASVF made a premium payment to KBC in connection with
18 Lancelot shares?
19          MR. THOMAS:  Objection to the form.
20     A.   I don't know.
21     Q.   Do you know what a premium payment is?
22     A.   I don't know.
23     Q.   If says, the next sentence, "For example,
24 if on January 1st, we had $20 million in the
25 derivative, with 10 percent being Lancelot, and we

Page 504

1  put another $2 million into the derivative; then we
2  would have bought an additional Lancelot exposure of
3  approximately $180,000 through our $2 million
4  addition to the derivative contract with KBC."
5           Is that a true statement, sir?
6      A.   Yes.
7      Q.   Did that, in fact, happen in '04 through
8  '08?
9      A.   I don't know.
10     Q.   Did there ever come any point where ASVF
11 put additional money in the derivative contract
12 during 2006 through 2008 with KBC?
13     A.   I don't know.
14     Q.   Other than yourself, would anybody know
15 the answer to that question?
16          MR. THOMAS:  Objection to the form.
17     A.   I don't know.
18     Q.   Who was responsible for committing
19 additional cash to the derivative contract during the
20 period '06 through '08?
21     A.   I don't know.
22     Q.   Were you?
23     A.   Yes.
24     Q.   And did you, in fact, during the period
25 '06 to '08 make a decision to increase the cash in

25 (Pages 501 to 504)

NEAL GREENBERG - VOLUME 2
11/8/2011

Page 529

1  monthly increase is what's creating the income?
2       MR. THOMAS: Objection.
3    A.  I can't answer that.
4    Q.  You just don't know, right?
5    A.  No.
6    Q.  Do you have an opinion one way or the
7  other, any information on the topic at all, or is it
8  just something you don't know anything about?
9       MR. THOMAS: Objection to the form.
10   A.  I can't answer that.
11   Q.  And why can't you answer it?
12   A.  Because the question had so many parts
13  that --
14   Q.  Tell us about the parts you don't
15  understand so we can break it down. All I want to
16  get from you, sir, is what you know. If you don't
17  know anything about the topic, we can move on.
18      Do you have any reason to believe that
19  there is any relationship between Exhibit AG 001307
20  and the income numbers which are reflected on 271 to
21  275?
22      MR. THOMAS: Objection to the form.
23   A.  I can't answer that.
24   Q.  And why can't you answer it, sir?
25   A.  Because I have the implication from one

Page 530

1  of your earlier questions that suggested that these
2  are connected.
3       So I can't say, well, no, I don't have
4  any information whatsoever that connects these two
5  documents, but I don't really have any firsthand
6  knowledge that these two are connected or have done
7  any analysis that these two are connected. So I
8  can't really answer your question.
9    Q.  Do you have any firsthand knowledge that
10  the monthly performance of Lancelot is what's causing
11  the income that's reflected on 271 to 275? These are
12  in the month- or the year-to-date number.
13      MR. THOMAS: Objection.
14   A.  I can't answer that.
15   Q.  And you've never done such an analysis,
16  to compare the monthly performance to the income
17  numbers to see if, in fact, they tie?
18      MR. THOMAS: Objection to the form.
19   A.  I've never done a monthly analysis to see
20  if the income numbers -- what, sorry?
21   Q.  Whether or not the income numbers which
22  are reflected in 271 to 275 are a result of the
23  Lancelot fund performance as reflected on 1308 or
24  documents similar thereto.
25      MR. THOMAS: Objection to the form.

Page 531

1    A.  I don't know.
2       MR. SCHIFFMAN: Let's take a short break.
3       THE VIDEOGRAPHER: The time is 4:16 p.m.,
4  we are going off the record.
5       (Recess taken.)
6       THE VIDEOGRAPHER: The time is 3:34
7  p.m. -- excuse me, 4:34 p.m., we are on the record.
8       (Exhibit 280, February 15, 2006
9  agreement, marked for identification, as of this
10  date.)
11   Q.  I have premarked exhibits -- these are
12  the documents that Mr. Thomas produced today before
13  the deposition. The first document is a document
14  marked as Exhibit 280, an agreement dated February
15  15, 2006 to Agile Safety Variable Fund from KBC
16  Financial Products Re: Zero Strike Call Option
17  Transaction. It appears to be signed on the last
18  page by Neal Greenberg. That's Exhibit 280.
19      (Exhibit 281, February 15, 2006
20  agreement, marked for identification, as of this
21  date.)
22   Q.  I would like to also mark and put before
23  you what's been marked as Exhibit 281. Again, this
24  is a document which was produced by Mr. Thomas before
25  the deposition started this morning. This appears to

Page 532

1  be an agreement dated February 16, 2006 [sic] to
2  Agile Safety Variable Fund from KBC Financial
3  Products Re: In-the-Money Call Option. That's 281.
4       (Exhibit 282, KBC Financial Products -
5  Investment Guidelines, marked for identification, as
6  of this date.)
7    Q.  Finally, the third and last document that
8  Mr. Thomas produced this morning is Exhibit 282.
9  This appears to be -- he said it was an attachment.
10  It's entitled KBC Financial Products - Investment
11  Guidelines. That's 282.
12      Sir, can you tell us what Exhibit 280 is?
13   A.  It's a facsimile of a trade confirmation
14  on a zero strike call option transaction between KBC
15  Products Limited and Agile Safety Variable Fund.
16   Q.  Were you involved in the negotiation of
17  this agreement?
18   A.  Yes.
19   Q.  Who else was involved besides yourself on
20  behalf of Agile Safety Variable Fund?
21   A.  I don't know.
22   Q.  Anybody else that you were aware of
23  involved in this other than yourself?
24   A.  I don't know.
25   Q.  Is that your signature on the 8th page?

32 (Pages 529 to 532)

Page 533

1    A.  No.
2    Q.  Do you know who signed your name?
3    A.  I signed my name.
4    Q.  Is that your initials, signature,
5   whatever that's supposed to be at the bottom
6   reflecting a signature by you?
7    A.  I don't understand the question.
8    Q.  What's the handwriting on the last page,
9   if you know?
10   A.  This is a facsimile of my signature.
11   Q.  So you signed the document at some point?
12   A.  I believe so.
13   Q.  Sir, can you explain what this document
14  does?  What's the agreement as you understand it
15  between KBC and Agile Safety Variable Fund that's
16  entered into on February 15, 2006?
17   A.  This is part of a unified transaction
18  with the in-the-money call option between KBC
19  Financial Products Cayman Islands Limited and Agile
20  Safety Variable Fund.
21   Q.  Let's look at 281.
22       281 is the other part of this
23  arrangement, you call that in-the-money call option
24  transaction?
25   A.  Yes.

Page 534

1    Q.  Again, is page 19 a facsimile of your
2   signature?
3    A.  Yes.
4    Q.  Is this a document you signed?
5    A.  Yes.
6    Q.  Were you involved in the negotiation of
7   281?
8    A.  Yes.
9    Q.  Was anyone else on behalf of Agile Safety
10  Variable Fund involved in the negotiation of Exhibit
11  281?
12   A.  Yes.
13   Q.  Who?
14   A.  I don't know.
15   Q.  What is Exhibit 282?  That's the other
16  one, sir.
17   A.  Sorry, when I said that this was part of
18  a unified transaction with these two documents, it
19  was a unified transaction with all of these
20  documents.
21   Q.  And what is Exhibit 282, sir?  What is
22  this document?
23   A.  Some kind of addendum to one of these two
24  transactions.
25   Q.  Do you know which one it is an addendum

Page 535

1   to?
2    A.  I don't, no.
3    Q.  There seems to be a series of initials on
4   Exhibit 282.
5        Do you know whose initials those are?
6    A.  I can't answer that.
7    Q.  What about looking at the second page,
8   third page, is that you?
9    A.  Is that me?
10   Q.  Are you the person who is initialing it?
11   A.  Sorry, can you ask that again.
12   Q.  Are the initials on any of the documents
13  on pages 1 through 16 your initials?
14   A.  No.
15   Q.  Do you know whose initials they are,
16  counterparty initials?
17   A.  They don't look like anyone's initials.
18   Q.  What do they look like to you?
19   A.  Facsimile of my initials.
20   Q.  So those are facsimiles of your initials?
21   A.  They look like facsimiles of my initials.
22   Q.  Did you initial document 282 in some
23  form?
24   A.  I think so.
25   Q.  When did you initial it?

Page 536

1    A.  I don't know.
2    Q.  And why did you initial it?
3    A.  I believe it was part of this unified
4   transaction.
5    Q.  Can you explain to us to the best of your
6   understanding what is this unified transaction?  How
7   does it work?
8    A.  It's a lending facility.
9    Q.  And how does it work?
10   A.  They loan us money, they have a
11  security -- contractual security interest in a basket
12  of underlying hedge funds.
13   Q.  When did this facility go into effect?
14   A.  I don't know.
15   Q.  Were they replacing an existing facility?
16   A.  I believe so.
17   Q.  And who were they replacing?
18   A.  A loan facility or a similar type of
19  arrangement with Bank of America.
20   Q.  Why did you switch from Bank of America
21  to KBC?
22   A.  I don't remember.
23   Q.  Did KBC provide --
24       Did Bank of America provide any loans in
25  connection with the acquisition of the Lancelot

33 (Pages 533 to 536)

Page 537

1  subscription for Agile Safety Variable Fund?
2     A.   I don't know.
3     Q.   Was the Agile Safety Variable Fund's
4  investment in Lancelot part of the basket of
5  securities that were pledged to KBC in '06?
6     A.   I don't know.
7     Q.   Were there any additional securities
8  purchased in Lancelot after February 15, '06 in
9  connection with this facility?
10    A.   After what?
11    Q.   After February of '06, did KBC purchase
12 any additional shares in Lancelot in connection with
13 this facility?
14    A.   KBC never purchased shares in connection
15 with this facility.
16    Q.   Were any additional shares of Lancelot --
17         They didn't purchase any additional
18 shares of any security or just Lancelot in connection
19 with that facility?
20    A.   KBC never purchased any shares of any
21 hedge fund in connection with this facility.
22    Q.   How about purchasing units; did they
23 purchase any units in any hedge funds in connection
24 with this facility?
25    A.   I don't believe KBC purchased any units

Page 538

1  of any hedge funds in connection with this facility.
2     Q.   Units were pledged to KBC in return for a
3  loan?
4     A.   Yes, that sums it up.
5     Q.   The units which were pledged to KBC as it
6  relates to Lancelot, were those units which had been
7  purchased and acquired prior to February 16, 2006?
8     A.   I don't know.
9     Q.   Do you know whether or not ASVF ever
10 purchased any -- subscribed to any additional shares
11 after February 2006 and then gave those shares as
12 part of this agreement to KBC as collateral for some
13 loan?
14    A.   I don't know.
15    Q.   Again, when I say "gave," that would
16 include pledging to KBC, right?
17    A.   That's how I took it.
18         (Exhibit 279, March 1, 2006 letter, Bates
19 stamped AG 005001, marked for identification, as of
20 this date.)
21    Q.   I think I premarked as Exhibit 279 a
22 draft letter which appears to be for your signature.
23    A.   Okay.
24    Q.   Have you seen this before, sir?
25    A.   I don't know.

Page 539

1     Q.   Do you see on the bottom left-hand side
2  it's an agreement you are going to sign on behalf of
3  Agile Safety Variable Fund, the second page?
4     A.   Sorry, what are you asking me?
5     Q.   You see on the left-hand side, sir, it
6  says, "Confirmed and agreed as of the date first
7  written above," then it's by "Neal Greenberg, Chief
8  Investment Officer, Agile Group, LLC, General
9  Partner"?
10         Do you see that?
11    A.   Yes.
12    Q.   Do you recall negotiating this agreement,
13 sir?
14    A.   Let me read it.
15    Q.   Okay.
16    A.   I don't remember negotiating this
17 agreement.
18    Q.   Do you remember there was a need for a
19 waiver of lockup in connection with entering into the
20 agreements with KBC?
21    A.   No, I don't remember.
22    Q.   Do you know what "waiver of lockup"
23 refers to?
24    A.   No.
25    Q.   In the paragraph, the second paragraph on

Page 540

1  the first page, it says, "At any time following the
2  effective date of each investment, the investor may
3  redeem from its interest in the Fund an amount, in
4  cash (in U.S. Dollars), up to the sum of (i) the
5  amount of such Investment and (ii) any appreciation
6  of such amount since such effective date, in each
7  case on the last business day of any calendar month,
8  subject to giving at least 30 days' prior written
9  notice of any such redemption to the Fund."
10         Do you see that?
11    A.   Yeah.
12    Q.   When it says "any appreciation of such
13 amount," what does appreciation refer to?
14         MR. THOMAS:  Objection to the form.
15    A.   I don't know.
16    Q.   Do you understand that in connection with
17 ASVF's investments in funds, that some of those funds
18 you would have an appreciation which you could get
19 from KBC?
20    A.   I don't quite understand the question.
21    Q.   Again, is it your understanding that in
22 connection with these agreements reflected in
23 Exhibits 281, 280 and 282 that if there was an
24 appreciation in that value of that fund, that you
25 could get that appreciation from KBC, right?

34 (Pages 537 to 540)