# EXHIBIT D

## Lancelot Investors Fund, L.P.
c/o Swiss Financial Services, Inc.
280 Shuman Blvd.
Suite 190
Naperville, IL 60563

### Account Statement
Unaudited
For the month of December 2007

Citco Global Custody (NA) NV Agile Safety Variable Fund LP          Partner Number: 5515

Citco Global, Kaya
Flamboyan 9, Curacao

Netherlands Antilles

### Statement of Changes in Net Asset Value for the Month

|  | Current Month | YTD |
|---|---|---|
|  | Dollars | Dollars |
| Beginning Balance | 14,490,687.63 | 12,742,215.02 |
| Additions | 0.00 | 0.00 |
| Withdrawals | 0.00 | 0.00 |
| Income/(Loss) | 158,465.54 | 1,906,938.15 |
| Adjustments | 0.00 | 0.00 |
| Ending Balance | 14,649,153.17 | 14,649,153.17 |
| Partner Rate of Return | 1.09% | |



Ex. 275
11-8-11
ƏƆ

Prepared by - Swiss Financial Services, Inc. 280 Shuman Blvd., Suite 190, Naperville, IL 60563 Phone: 630-355-2100