# EXHIBIT E

**Defense Exhibit E41**

Case 08-28225   Claim 51-1   Filed 06/05/09   Desc Main Document   Page 1 of 3

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT Northern DISTRICT OF Illinois | PROOF OF CLAIM |
|---|---|

Name of Debtor: Lancelot Investors Fund, LP
Case Number: 08-28225

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property): Citco Global Custody (NA) / Agile Safety Variable Fund LP

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
Agile Safety Variable Fund LP
4900 Pearl East Circle
Suite 100
Boulder, CO 80301

Court Claim Number: _____ (If known)

Telephone number: 303-740-6500

Filed on: _____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $16,065,097.16

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: Money Invested
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: 7911

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $_____   Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority: $_____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See Instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

If the documents are not available, please explain:

Date: 5/11/09
Signature: [signed] Neal Greenberg, Chief Investment Officer

FILED
JUN 5 2009
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
KENNETH S. GARDNER, CLERK

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Ex. 274
11-8-11
O.D.

# Lancelot Investors Fund, L.P.
c/o Swiss Financial Services, Inc.
280 Shuman Blvd.
Suite 190
Naperville, IL 60563

## Account Statement
Unaudited
For the month of August 2008

Citco Global Custody (NA) NV Agile Safety Variable Fund LP                    Partner Number: 5515

Citco Global, Kaya
Flamboyan 9, Curacao

Netherlands Antilles

### Statement of Changes in Net Asset Value for the Month

|  | Current Month | YTD |
|---|---|---|
|  | Dollars | Dollars |
| Beginning Balance | 15,880,805.42 | 14,649,153.17 |
| Additions | 0.00 | 0.00 |
| Withdrawals | 0.00 | 0.00 |
| Income/(Loss) | 184,291.74 | 1,415,943.99 |
| Adjustments | 0.00 | 0.00 |
| Ending Balance | 16,065,097.16 | 16,065,097.16 |
| Partner Rate of Return | 1.16% | |

Prepared by - Swiss Financial Services, Inc. 280 Shuman Blvd., Suite 190, Naperville, IL 60563 Phone: 630-355-2100

