# EXHIBIT F

# Lancelot Investors Fund, L.P.
c/o Swiss Finacial Services, Inc.
280 Shuman Blvd.
Suite 190
Naperville, IL 60563

## Account Statement
Unaudited
For the month of December 2004

**BAS LLC fbo Agile Safety Variable Fund, LP**
Attn: Ger Laffan
Banc of America Securities LLC
9 West 57th St., 40th Floor
New York, NY 10019

**Partner Number: 4092**

### Statement of Changes in Net Asset Value for the Month

|  | Current Month Dollars | YTD Dollars |
|---|---:|---:|
| **Beginning Balance** | 9,637,922.32 | 0.00 |
| Additions | 0.00 | 9,000,000.00 |
| Withdrawals | 0.00 | 0.00 |
| Income/(Loss) | 105,533.30 | 743,455.62 |
| Adjustments | 0.00 | 0.00 |
| **Ending Balance** | 9,743,455.62 | 9,743,455.62 |
| **MTD Rate of Return** | 1.09% | |

Ex. 272
11-8-11
OD