IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-02786-RBJ-BNB

Agile Safety Variable Fund, L.P. and Sky Bell
Select LP,

    Plaintiffs,

v.

RBS Citizens, N.A. d/b/a Charter One Bank, et al.,

    Defendants.

PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE INADMISSIBLE EVIDENCE OF S.E.C. INVESTIGATION AND PROCEEDINGS

Plaintiffs Agile Safety Variable Fund, L.P. and Sky Bell Select LP (collectively, "Plaintiffs") respectfully move this Court, pursuant to Rules 401, 403, 404, 408, 801 and 802 of the Federal Rules of Evidence, for an Order in advance of trial prohibiting Defendants from introducing evidence concerning the Securities and Exchange Commission's ("S.E.C.'s") investigation and settlement in *In the Matter of Agile Group, LLC*, including Defendants' Exhibits B77, B92-99, C1-C3 and D7-D8.  Defendants attempt to present this hearsay evidence of minimal probative value in order to prejudice the Plaintiffs.  Plaintiffs respectfully submit the accompanying memorandum of law in support of this motion.

**Certificate Pursuant to D.C. COLO. LCivR 7.1**

The undersigned counsel certify that they have met the obligations of D.C. COLO. LCivR 7.1A by conferring with counsel for Defendants, Eric Bensky, who advised that Defendants oppose this motion.

Dated this 19th day of March, 2012.

Respectfully submitted,


  /s/ Steven W. Thomas

Steven W. Thomas
Emily Alexander
THOMAS ALEXANDER & FORRESTER LLP
14 27th Avenue
Venice, California 90291
Telephone:   (310) 961-2536
Facsimile:    (310) 526-6852

Steven M. Feder
FEDER LAW FIRM
730 17th Street, Suite 550
Denver, Colorado  80202
Telephone:   (303) 261-8798
Facsimile:    (303) 221-7357


*Attorneys for Agile Safety Variable Fund, L.P. and Sky Bell Select L.P.*