IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-02786-RBJ-BNB

Agile Safety Variable Fund, L.P. and Sky Bell Select LP,

    Plaintiffs,

v.

RBS Citizens, N.A. d/b/a Charter One Bank, et al.,

    Defendants.

---

DECLARATION SUBMITTING DEFENDANTS'
ANNOTATED VERSION OF PROPOSED JURY INSTRUCTIONS

---

    ERIC A. BENSKY, declares as follows:

1.    I am an attorney admitted to practice before, <u>inter alia</u>, this Court, and I am a partner with the law firm Schulte Roth & Zabel LLP, attorneys for Defendant RBS Citizens, N.A. ("Charter One").

2.    I respectfully submit this Declaration in advance of this afternoon's Trial Preparation Conference in the above-captioned proceeding to enable counsel for Defendants hereby to submit the attached version of the proposed jury instructions regarding which the parties have been meeting and conferring.

3.    The version of the proposed jury instructions attached hereto is identical to the version that counsel for all parties jointly emailed to Chambers earlier this morning, except that the attached version includes annotated support for certain of the instructions Defendants have proposed that have not been agreed to by Plaintiffs (and the cover page of the attached version indicates that it is submitted by counsel for Defendants rather than counsel for all parties). The

2

annotated support that appears in the attached version but not in the jointly submitted version consists of parentheticals that provide quotations from, or explanations of, certain of the authorities cited in support of such instructions, which Defendants believe demonstrate why their proposed instructions are required by and consistent with the law.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 30th day of March, 2012.

s/ Eric A. Bensky
Eric A. Bensky

## **Certificate of Service**

I hereby certify that on this 30th day of March, 2012, I electronically filed the Declaration Submitting Defendants' Annotated Version of Proposed Jury Instructions with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to each of the following:

| Plaintiffs' Attorneys: | Attorneys for Swiss Financial Services, Inc.: |
|---|---|
| Steven W. Thomas<br>Thomas, Alexander & Forrester LLP<br>14-27th Ave<br>Venice, CA 90291<br>steven.thomas@tafattorneys.com | Robert B. Christie<br>Henderson & Lyman<br>175 West Jackson Blvd, Suite 240<br>Chicago, IL 60604<br>rchristie@henderson-lyman.com |
| Steven M. Feder<br>Feder Law Firm<br>730 17th Street, Suite 550<br>Denver, CO 80202<br>steve@federlawfirm.com | Holly Stein Sollod<br>Brooke Harrison McCarthy<br>Holland & Hart LLP<br>555 17th Street, Suite 3200<br>Denver, CO 80202<br>hsteinsollod@hollandhart.com<br>bhmccarthy@hollandhart.com |

s/ Eric A. Bensky
Howard Schiffman
Eric A. Bensky
Schulte Roth & Zabel LLP
1152 15th Street N.W., Suite 850
Washington, DC  20005
Telephone:  202-729-7470
E-Mail:  howard.schiffman@srz.com
E-Mail:  eric.bensky@srz.com

Counsel for Defendant RBS Citizens, N.A.