IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE R. BROOKE JACKSON

Courtroom Deputy: LaDonne Bush     Date: March 30, 2012
Court Reporter:    Kara Spitler

Civil Action No. 09-cv-02786-RBJ

| *Parties*: | *Counsel*: |
|---|---|
| AGILE SAFETY VARIABLE FUND, L.P. and SKY BELL SELECT LP, | Steven Thomas Emily Alexander Steven Feder |
| Plaintiffs, | |
| v. | |
| RBS CITIZENS, N.A., d/b/a Charter One Bank, SWISS FINANCIAL SERVICES, INC., | Howard Schiffman Katherine Schuerman David Zisser Holly Stein Sollod Robert Christie |
| Defendants. | Eric Bensky Nicolette Kmiecik |

COURTROOM MINUTES

**TRIAL PREPARATION CONFERENCE**

3:04 p.m.    Court in Session.

**ORDERED**: Defendant RBS Citizens, N.A.'s Motion in Limine to Exclude Testimony of Expert Witness Richard T. Mcintosh (Doc. 291) is denied.

**ORDERED**: Defendant RBS Citizens, N.A.'s Motion in Limine to Exclude Evidence of and Testimony Regarding Charter One's Policies, Procedures, and Field Exams (Doc. 294) is denied.

Argument on Defendants' Motion in Limine to Exclude Evidence Regarding Plaintiffs' Underlying Investors.

**ORDERED**: Defendants' Motion in Limine to Exclude Evidence Regarding Plaintiffs' Underlying Investors (Doc. 288) is granted as set forth on the record.

**ORDERED**: Plaintiffs' Motion in Limine to Exclude Inadmissible Evidence of S.E.C. Investigation and Proceedings (Doc 297) is granted.

Argument regarding testimony and deposition of Deanna Coleman.

**ORDERED**: Ms. Coleman may testify at trial. Her deposition may be taken at a time that fits her schedule on April 13 or 14, 2012, in Minnesota. Defendant RBS Citizens, N.A. shall pay the travel expenses of Plaintiffs' counsel.

Counsel may make any motion during trial.

Discussion regarding exhibits, opening statements and trial setting.

Discussion regarding jury instructions.

**ORDERED**: Further trial preparation conference is set Thursday, April 19, 2012, at 11:00 a.m.

5:02 p.m.      Court in Recess.

Hearing concluded.

Total time: 1:58