# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

|  |  |
|---|---|
| AGILE SAFETY VARIABLE FUND, L.P. and SKY BELL SELECT LP, <br><br> Plaintiffs, <br><br> v. <br><br> RBS CITIZENS, N.A., and SWISS FINANCIAL SERVICES, INC., <br><br> Defendants. | Civil Action No. 09 cv 2786-RBJ-BNB |

## NOTICE OF SETTLEMENT

Pursuant to D.C. Colo. LCivR 40.2, plaintiffs Agile Safety Variable Fund, L.P. and Sky Bell Select LP and defendant Swiss Financial Services, Inc. hereby give notice that they have resolved all disputes in controversy pending in this matter and will file a stipulation of dismissal, pursuant to Fed. R. Civ. P. Rule 41, within 14 days of the filing of this Notice.


AGILE SAFETY VARIABLE FUND, L.P. and
SKY BELL SELECT LP                                          SWISS FINANCIAL SERVICES, INC.


 /s/  Steven W. Thomas                                       /s/  Robert B. Christie
One of Their Attorneys                                      One of Its Attorneys
Steven W. Thomas                                            Robert B. Christie
Thomas, Alexander & Forrester LLP                           HENDERSON & LYMAN
14 – 27th Avenue                                            175 West Jackson Boulevard, Suite 240
Venice, CA 90291                                            Chicago, Illinois 60604

**CERTIFICATE OF SERVICE**

       I, an attorney of law, hereby certify that on April 18, 2012, I electronically filed this Notice of Settlement through the Court's Electronic Cases Filing System, and that pursuant to Local Rule 5.6, such filing constitutes service on all Filing Users, which represents all persons who filed an appearance in this matter, and includes but is not limited to the following:

Plaintiffs' attorneys:

    Steven W. Thomas, Esq.
    Jessica Rassler, Esq.
    Thomas, Alexander & Forrester LLP
    14 – 27th Avenue
    Venice, CA 90291
    StevenThomas@tafattorneys.com
    JessicaRassler@tafattorneys.com

    Steven M. Feder, Esq.
    Feder Law Firm
    Equitable Building
    730 17th Street, Suite 550
    Denver, CO 80202
    steve@federlawfirm.com

Attorneys for RBS Citizen, NA

    Howard Schiffman, Esq.
    Eric Bensky, Esq.
    Schulte Roth & Zabel, LLP
    1152 15th Street, N.W. Suite 850
    Washington, DC 2005
    Howard.Schiffman@srz.com
    Eric.Bensky@srz.com

    David A. Zisser, Esq.
    Davis Graham & Stubbs, LLP-Denver
    1550 17th Street Suite 500
    Denver, Co 80202
    david.zisser@dgslaw.com

    /s/   Robert B. Christie
    Robert B. Christie
    HENDERSON & LYMAN
    175 West Jackson Boulevard, Suite 240
    Chicago, Illinois 60604