IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE R. BROOKE JACKSON

Courtroom Deputy: Laura Galera      Date: April 19, 2012
Court Reporter:     Kara Spitler

Civil Action No. 09-cv-02786-RBJ

<u>*Parties*</u>:            <u>*Counsel*</u>:

AGILE SAFETY VARIABLE FUND, L.P.,     Steven Thomas
and     Emily Alexander
SKY BELL SELECT LP,     Steven Feder
    Mark Forrester

     Plaintiffs,

v.

RBS CITIZENS, N.A., d/b/a Charter One Bank,     David Zisser
    Eric Bensky
     Defendant.     Katherine Schuerman
    Howard Schiffman

COURTROOM MINUTES

**TRIAL PREPARATION CONFERENCE**

**11:00 a.m.**      **Court in session.**

Appearances of counsel.

Discussion regarding jury instructions.

Parties are to confer to draft the language for Instruction #1.

Discussion as to previously agreed upon Instructions #1-18.

Argument by Mr. Zisser as to the securities instructions.

Argument by Mr. Thomas as to the securities instructions.

Rebuttal argument by Mr. Zisser.

**ORDERED**:   With respect to the elements of the claim of the Colorado Securities Act, which will be Instruction #19, the Court will give the instruction as tendered by the plaintiff with the amendment in the last line as stated on the record.

**12:14 p.m.**   **Court in recess.**
**1:00 p.m.**    **Court in session.**

**ORDERED:**   Proposed Instructions #41, 42, 43, 44, 45, 48, 49, 51, 52, 54, 55, 56, 57 and 60 are WITHDRAWN.

Parties make their record as to Instructions #20 and 21.

**1:35 p.m.**   **Court in recess.**
**1:46 p.m.**   **Court in session.**

Parties make their record as to Instructions #22 and 23.

**2:09 p.m.**   **Court in recess.**
**2:17 p.m.**   **Court in session.**

Continued discussion regarding plaintiffs' and defendant's proposed securities instructions.

Parties make their record as to Instructions #24, 25 and 26.

Discussion regarding plaintiffs' remaining proposed jury instructions.

Discussion regarding proposed juror questionnaire.

Argument regarding exhibits.

**4:04 p.m.**   **Court in recess.**

Hearing concluded.

Total time: 3:59