**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson**

**Case No.:** 1:09-cv-02786-RBJ-BNB                              **Date:** April 20, 2012

**Case Title:** Agile Safety Variable Fund, L.P. and Sky Bell Select, LP v. RBS Citizens, N.A. d/b/a Charter One Bank, et al.

                    Defendant's               FINAL WITNESS LIST
                 (Plaintiff/Defendant)

| WITNESS | LENGTH OF TESTIMONY | | | |
|---|---|---|---|---|
| **Scott Swanson** | **Plaintiffs:** | | | |
| | **Defendant:** | 2h | | |
| **Christopher Cutler** | **Plaintiffs:** | | 48m | 03s |
| | **Defendant:** | 2h | 58m | 31s |
| **Joseph Ingalsbe** | **Plaintiffs:** | | 23m | 53s |
| | **Defendant:** | 2h | 12m | 30s |
| **Michael Sell** | **Plaintiffs:** | | 18m | 32s |
| | **Defendant:** | 2h | 23m | 16s |
| **Geoffrey Gotsch** | **Plaintiffs:** | | 07m | 24s |
| | **Defendant:** | 1h | 48m | 18s |
| **Joseph Barone** | **Plaintiffs:** | | | |
| | **Defendant:** | 1h | 23m | 58s |
| **Karl Benzinger** | **Plaintiffs:** | | | |
| | **Defendant:** | 1h | 00m | 17s |
| **Deanna Coleman** | **Plaintiffs:** | | | |
| | **Defendant:** | 2h | | |
| **Charles Kenny** | **Plaintiffs:** | | | |
| | **Defendant:** | 2h | | |

| | |
|---|---|
| **Ezra Zask** | **Plaintiffs:** |
| | **Defendant:** 2h |

Defendant RBS Citizens, N.A. ("Charter One") is submitting this list of the witnesses anticipated to be called during its case-in-chief,[1] with the understanding that the currently designated running times for the testimony of Christopher Cutler, Joseph Ingalsbe, Michael Sell, and Geoffrey Gotsch (who will all be presented by video deposition) are too long and can be reduced. Charter One intends to shorten them over the weekend and to provide revised expected run times to the Court promptly.

Dated: April 20, 2012                                   Respectfully submitted,

                                                        /s/ Howard Schiffman
David A. Zisser                                         Howard Schiffman
Davis, Graham & Stubbs LLP                              Eric A. Bensky
1550 Seventeenth St, Suite 500                          Schulte Roth & Zabel LLP
Denver, CO 80202                                        1152 15th Street N.W., Suite 850
Telephone: 303-892-9400                                 Washington, DC 20005
Email: david.zisser@dgslaw.com                          Telephone: (202) 729-7470
                                                        Facsimile: (202) 730-4520
                                                        E-Mail: howard.schiffman@srz.com
                                                        E-Mail: eric.bensky@srz.com

                                                        *Counsel for Defendant RBS Citizens, N.A.*

---

[1] Charter One also planned to call Bernardo Lacayo (by video deposition) and Brenda Czekaj (live), but Plaintiffs have advised that they will call those witnesses during Plaintiffs' case-in-chief, and, pursuant to agreement among the parties, all testimony from those witnesses will be elicited at that time.

## Certificate of Service

I hereby certify that on this 20th day of April, 2012, I electronically filed Defendant's Final Witness List with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to each of the following:

| Plaintiffs' Attorneys: | Attorneys for Swiss Financial Services, Inc.: |
|---|---|
| Steven W. Thomas<br>Thomas, Alexander & Forrester LLP<br>14-27th Ave<br>Venice, CA 90291<br>steven.thomas@tafattorneys.com | Robert B. Christie<br>Henderson & Lyman<br>175 West Jackson Blvd, Suite 240<br>Chicago, IL 60604<br>rchristie@henderson-lyman.com |
| Steven M. Feder<br>Feder Law Firm<br>730 17th Street, Suite 550<br>Denver, CO 80202<br>steve@federlawfirm.com | Holly Stein Sollod<br>Brooke Harrison McCarthy<br>Holland & Hart LLP<br>555 17th Street, Suite 3200<br>Denver, CO 80202<br>hsteinsollod@hollandhart.com<br>bhmccarthy@hollandhart.com |

/s Howard Schiffman
Howard Schiffman
Eric A. Bensky
Schulte Roth & Zabel LLP
1152 15th Street N.W., Suite 850
Washington, DC  20005
Telephone:  202-729-7470
E-Mail:  howard.schiffman@srz.com
E-Mail:  eric.bensky@srz.com

Counsel for Defendant RBS Citizens, N.A.