*Certificate of Service*

I hereby certify that on April 20, 2012, I served the foregoing Final Proposed Exhibit List to the following by Email:

Howard Schiffman
Schulte Roth & Zabel LLP
1152 15th Street N.W., Suite 850
Washington, D.C. 20015

David A. Zisser
Davis, Graham & Stubbs LLP
1550 17th Street, Suite 500
Denver, Colorado 80202

Eric A. Bensky, Esq.
Schulte Roth & Zabel LLP
1152 Fifteenth Street, NW, Suite 850
Washington, DC 20005

Attorneys for Defendant RBS Citizens, N.A. d/b/a Charter One Bank


THOMAS, ALEXANDER & FORRESTER LLP

/S/ STEVEN W. THOMAS
_____

Steven W. Thomas
14 27th Avenue
Venice, California 90291
Telephone: (310) 961-2536
Facsimile:  (310) 526-6852
Email:  steventhomas@tafattorneys.com
Attorney for Plaintiffs