IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge R. Brooke Jackson**

**Case No.:** Civil Action No. 1:09-cv-02786- RBJ-BNB

**Case Title:** Agile Safety Variable Fund, L.P. and Sky Bell Select LP v. RBS Citizens, N.A. d/b/a Charter One Bank

Plaintiffs' WITNESS LIST

| **WITNESS** | **LENGTH OF TESTIMONY** |
|---|---|
| John Neal | Plaintiffs: 2h<br>Defendant: |
| Gary Marks | Plaintiffs: 2h<br>Defendant: |
| Neal Greenberg | Plaintiffs: 45m<br>Defendant: 4h 44m |
| Bernard Lacayo | Plaintiffs: 2h 26m<br>Defendant: 1h 42m |
| Eric Fonacier | Plaintiffs: 3h<br>Defendant: |
| Brenda Czekaj | Plaintiffs: 1h<br>Defendant: |
| Brian Squires | Plaintiffs: 1h 20m<br>Defendant: |
| Richard McIntosh | Plaintiffs: 3h<br>Defendant: |

Dated:  April 20, 2012                     Respectfully submitted,


  /s/ Steven W. Thomas

Steven W. Thomas
Emily Alexander
Mark Forrester
THOMAS ALEXANDER & FORRESTER LLP
14 27th Avenue
Venice, California 90291
Telephone:   (310) 961-2536
Facsimile:    (310) 526-6852

Steven M. Feder
FEDER LAW FIRM
730 17th Street, Suite 550
Denver, Colorado  80202
Telephone:   (303) 261-8798
Facsimile:    (303) 221-7357

*Attorneys for Agile Safety Variable Fund, L.P. and Sky Bell Select L.P.*

Case 1:09-cv-02786-RBJ-BNB   Document 322   Filed 04/20/12   USDC Colorado   Page 3 of 3