IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE R. BROOKE JACKSON

---

Courtroom Deputy: Laura Galera            Date: April 23, 2012
Court Reporter:   Kara Spitler

---

Civil Action No. 09-cv-02786-RBJ

*Parties*:                                                *Counsel*:

AGILE SAFETY VARIABLE FUND, L.P.,         Steven Thomas
and                                                       Emily Alexander
SKY BELL SELECT LP,                                Steven Feder
                                                              Mark Forrester

    Plaintiffs,

v.

RBS CITIZENS, N.A., d/b/a Charter One Bank,   David Zisser
                                                                     Eric Bensky
    Defendant.                                     Katherine Schuerman
                                                                     Howard Schiffman

---

COURTROOM MINUTES

---

**STATUS CONFERENCE**

**10:29 a.m.**     **Court in session.**

Appearances of counsel.

Parties advise the Court they have reached a settlement.

**ORDERED:**  Dismissal paperwork due no later than **April 30, 2012.**

**10:35 a.m.**     **Court in recess.**

Hearing concluded.

Total time: 00:06