IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09CV2786

Agile Safety Variable Fund, L.P., etal,
      Plaintiff(s),

vs.

RBS Citizens, N.A., etal,
      Defendant(s).

## ORDER FOR JURY COST ASSESSMENT

This case was scheduled to commence on Monday, April 23, 2012, for a jury trial before Judge E. Brooke Jackson. The parties advised the court of a settlement on Sunday, April 22, 2012. Jurors did report on Monday, April 23, 2012, to the United States District Court, Alfred A. Arraj Courthouse, located at 901 - 19th Street, Denver, Colorado.

It appears that the jury costs for the twenty-two jurors that reported has been calculated in the amount of $1,663.71. These costs to be equally apportioned between the parties.

Pursuant to D.C. COLO. LCivR 54.2 it is ORDERED that each party is assessed $831.86. These costs to be paid to the Clerk of the United States District Court no later than, May 23, 2012.

DATED at Denver, Colorado, this 25 day of April, 2012.

By the Court

R. Brooke Jackson
United States District Court Judge