IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-02786-RBJ-BNB

Agile Safety Variable Fund, L.P. and Sky Bell Select LP,

    Plaintiffs,

v.

RBS Citizens, N.A. d/b/a Charter One Bank, et al.,

    Defendants.

---

JOINT MOTION TO ENLARGE TIME FOR FILING DISMISSAL PAPERWORK

---

      Plaintiffs, Agile Safety Variable Fund, L.P. and Sky Bell Select LP, and Defendant RBS Citizens, N.A. ("Charter One"), by and through their respective undersigned counsel, hereby jointly move to enlarge by two days the time for filing dismissal paperwork for Plaintiffs' claims against Charter One. During the parties' April 23, 2012 appearance in which they formally advised the Court that they had reached a settlement, the Court proposed that dismissal paperwork be filed by April 30, and Plaintiffs and Charter One believed in good faith that a settlement agreement and related papers could be finalized by that date. Plaintiffs and Charter One have worked diligently toward that end, and are on track to finalize those materials shortly, but need a couple additional days to do so. Therefore, Plaintiffs and Charter One respectfully request that the Court enlarge the time for filing dismissal papers to May 2, 2012 (which is the same date a Dismissal Paper as to Plaintiffs' earlier settled claims against Defendant Swiss Financial Services, Inc. is due). There have been no previous requests for extension of this deadline.

2

Dated this 30th day of April, 2012.

Respectfully submitted,

| /s/ Steven W. Thomas | /s/ Eric A. Bensky |
|---|---|
| Steven W. Thomas | Howard Schiffman |
| Thomas, Alexander & Forrester LLP | Eric A. Bensky |
| 14 27th Avenue | Schulte Roth & Zabel LLP |
| Venice, CA  90291 | 1152 Fifteenth Street, N.W. |
| Telephone:  (310) 961-2542 | Washington, DC  20005 |
| Facsimile:  (310) 526-6852 | Telephone:  (202) 729-7470 |
| Email:  StevenThomas@tafattorneys.com | Facsimile:  (202) 730-4520 |
|  | Email:  howard.schiffman@srz.com |
| Counsel for Plaintiffs | Email: eric.bensky@srz.com |
|  |  |
|  | Counsel for Defendant RBS Citizens, N.A. |

## Certificate of Service

I hereby certify that on this 30th day of April, 2012, I electronically filed Joint Motion to Enlarge Time For Filing Dismissal Paperwork with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to each of the following:

| Plaintiffs' Attorneys: | Attorneys for Swiss Financial Services, Inc.: |
|---|---|
| Steven W. Thomas<br>Thomas, Alexander & Forrester LLP<br>14-27th Ave<br>Venice, CA 90291<br>steven.thomas@tafattorneys.com | Robert B. Christie<br>Henderson & Lyman<br>175 West Jackson Blvd, Suite 240<br>Chicago, IL 60604<br>rchristie@henderson-lyman.com |
| Steven M. Feder<br>Feder Law Firm<br>730 17th Street, Suite 550<br>Denver, CO 80202<br>steve@federlawfirm.com | Holly Stein Sollod<br>Brooke Harrison McCarthy<br>Holland & Hart LLP<br>555 17th Street, Suite 3200<br>Denver, CO 80202<br>hsteinsollod@hollandhart.com<br>bhmccarthy@hollandhart.com |

/s/ Eric A. Bensky
Howard Schiffman
Eric A. Bensky
Schulte Roth & Zabel LLP
1152 Fifteenth Street N.W., Suite 850
Washington, DC  20005
Telephone:  202-729-7470
E-Mail:  howard.schiffman@srz.com
E-Mail:  eric.bensky@srz.com

David A. Zisser
Davis, Graham & Stubbs LLP
1550 Seventeenth St, Suite 500
Denver, CO 80202
Telephone:  303-892-9400
E-Mail:  david.zisser@dgslaw.com

Counsel for Defendant RBS Citizens, N.A.