IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-02786- RBJ-BNB

Agile Safety Variable Fund, L.P. and Sky Bell
Select LP,

    Plaintiffs,

v.

RBS Citizens, N.A. d/b/a Charter One Bank, et al.,

    Defendants.

JOINT MOTION TO ENLARGE TIME TO FILING DISMISSAL PAPERWORK

Plaintiffs Agile Safety Variable Fund, L.P. and Sky Bell Select LP (collectively, "Plaintiffs") and Defendant Swiss Financial Services, Inc. ("SFS"), by and through their respective undersigned counsel, hereby jointly move to enlarge by twelve days the time for filing dismissal paperwork in the Plaintiffs' claims against SFS.

On April 23, 2012, the Court ordered the Plaintiff to file dismissal papers by May 2, 2012. SFS has learned and informed Plaintiffs that there would be an unavoidable delay in the settlement payment due to the fact that the payment is going to be made from an international account. Therefore, Plaintiffs and SFS respectfully request that the Court enlarge the time for filing dismissal papers to May 14, 2012. There have been no previous requests for an extension of this deadline.

Dated:  May 2, 2012                                  Respectfully submitted,

                                                                /s/ Steven W. Thomas
                                                     Steven W. Thomas
                                                     Emily Alexander
                                                     THOMAS ALEXANDER & FORRESTER LLP
                                                     14 27th Avenue
                                                     Venice, California 90291
                                                     Telephone:   (310) 961-2536
                                                     Facsimile:   (310) 526-6852

                                                     *Attorneys for Agile Safety Variable Fund, L.P. and Sky Bell Select L.P.*


                                                                /s/ Robert Christie
                                                     Robert Christie
                                                     HENDERSON & LYMAN
                                                     175 West Jackson Boulevard
                                                     Suite 240
                                                     Chicago, IL 60604
                                                     Telephone: 312-986-6960
                                                     Facsimile: 312.986.6961

                                                     *Attorneys for Swiss Financial Services, Inc.*