IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-02786-RBJ-BNB

Agile Safety Variable Fund, L.P. and Sky Bell Select LP,

    Plaintiffs,

v.

RBS Citizens, N.A. d/b/a Charter One Bank, et al.,

    Defendants.

_____

STIPULATION OF DISMISSAL OF ALL CLAIMS
AGAINST DEFENDANT RBS CITIZENS, N.A.
_____

        Pursuant to a Settlement Agreement and Mutual Release between Plaintiffs Agile Safety Variable Fund, L.P. and Sky Bell Select LP ("Plaintiffs") and Defendant RBS Citizens, N.A. ("Charter One"), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Charter One hereby stipulate that Plaintiffs voluntarily dismiss with prejudice all claims against Charter One in the above-captioned action.

Dated: May 2, 2012

Respectfully submitted,

| | |
|---|---|
| /s/ Steven W. Thomas | /s/ Eric A. Bensky |
| Steven W. Thomas | Howard Schiffman |
| Thomas, Alexander & Forrester LLP | Eric A. Bensky |
| 14 27th Avenue | Schulte Roth & Zabel LLP |
| Venice, CA  90291 | 1152 Fifteenth Street N.W., Suite 500 |
| Telephone:  (310) 961-2542 | Washington, DC  20005 |
| Facsimile:  (310) 526-6852 | Telephone:  (202) 729-7470 |
| Email:  StevenThomas@tafattorneys.com | Facsimile:  (202) 730-4520 |
| | Email:  howard.schiffman@srz.com |
| *Counsel for Plaintiffs* | Email: eric.bensky@srz.com |
| | *Counsel for Defendant RBS Citizens, N.A.* |