IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-02786-RBJ-BNB

Agile Safety Variable Fund, L.P. and Sky Bell
Select LP,

  Plaintiffs,

v.

RBS Citizens, N.A. d/b/a Charter One Bank,
and Swiss Financial Services Inc.,

  Defendants.

## CERTIFICATE OF SERVICE

  I hereby certify that on May 2, 2012, I electronically filed the following documents

**STIPULATION OF DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT RBS CITIZENS, N.A.**

with the Court using the CM/ECF system, which sent notification of such filing to the following

individuals:

  Howard Schiffman
  Schulte Roth & Zabel LLP
  1152 15th Street N.W., Suite 850
  Washington, D.C. 20015

  David A. Zisser
  Davis, Graham & Stubbs LLP
  1550 17th Street, Suite 500
  Denver, Colorado 80202

Eric A. Bensky, Esq.
Schulte Roth & Zabel LLP
1152 Fifteenth Street, NW, Suite 850
Washington, DC 20005

Attorneys for Defendant Citizens Financial Group

Robert B. Christie
Henderson & Lyman
175 West Jackson, Suite 240
Chicago, Illinois 60604

Attorneys for Defendant Swiss Financial Services, Inc.

                        THOMAS, ALEXANDER & FORRESTER LLP

                        */s/ Steven W. Thomas*_____

                        Steven W. Thomas
                        Emily Alexander
                        14 27th Avenue
                        Venice, California 90291
                        Telephone: (310) 961-2536
                        Facsimile: (310) 526-6852
                        Email: steventhomas@tafattorneys.com
                        Email: emilyalexander@tafattorneys.com

                        Attorneys for Plaintiffs