```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX047523
Cashier ID: sg
Transaction Date: 05/10/2012
Payer Name: THOMAS ALEXANDER FORRESTER L
LP
----------------------------------------
RECOVERIES OF COURT COST
 For: THOMAS ALEXANDER FORRESTER LLP
 Amount:         $831.86
----------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 3321
 Amt Tendered:   $831.86
----------------------------------------
Total Due:       $831.86
Total Tendered:  $831.86
Change Amt:      $0.00

PER ORDER DATED 04/25/12

09-CV-02786-RBJ

A fee of $53.00 will be assessed on
any returned check.
```