IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-02786-RBJ-BNB

Agile Sky Alliance Fund LP, and Sky Bell Select LP,

    Plaintiffs,

v.

RBS Citizens, N.A. d/b/a Charter One Bank and Swiss Financial Services, Inc.,

    Defendants.

_____

JOINT MOTION TO EXTEND TIME TO FILE DISMISSAL PAPERWORK
_____

Plaintiffs Agile Safety Variable Fund, L.P. and Sky Bell Select LP (collectively, "Plaintiffs") and Defendant Swiss Financial Services, Inc. ("SFS"), by and through their respective undersigned counsel, hereby jointly move to extend by four days the time for filing dismissal paperwork in the Plaintiffs' claims against SFS.

On May 3, 2012, the Court ordered the Plaintiff to file dismissal papers by May 14, 2012. SFS has learned and informed Plaintiffs that there would be an additional unavoidable delay in the settlement payment due to the fact that the payment is going to be made from an international account. Therefore, Plaintiffs and SFS respectfully request that the Court extend the time for filing dismissal papers to May 18, 2012.

Dated: May 14, 2012

Respectfully submitted,

/s/ Robert Christie
Robert Christie
HENDERSON & LYMAN
175 West Jackson Boulevard
Suite 240
Chicago, IL 60604
Telephone:   (312) 986-6960
Facsimile:    (312) 986-6961

*Attorneys for Swiss Financial Services, Inc.*

/s/ Steven W. Thomas
Steven W. Thomas
Emily Alexander
THOMAS ALEXANDER & FORRESTER, LLP
14 27th Avenue
Venice, California 90291
Telephone:   (310) 961-2536
Facsimile:    (310) 526-6852

*Attorneys for Agile Safety Variable Fund, L.P. and Sky Bell Select L.P.*