IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-02786-RBJ-BNB

Agile Sky Alliance Fund LP, and Sky Bell Select LP,

    Plaintiffs,

v.

RBS Citizens, N.A. d/b/a Charter One Bank and Swiss Financial Services, Inc.,

    Defendants.

___

CERTIFICATE OF SERVICE
___

I hereby certify that on May 14, 2012, I electronically filed the following document:

**JOINT MOTION TO EXTEND TIME TO FILE DISMISSAL PAPERWORK** with the Court using the CM/ECF system, which sent notification of such filing to the following individuals:

    Howard Schiffman
    Schulte Roth & Zabel, LLP
    1152 15th Street NW, Suite 850
    Washington, DC 20015

    Eric A. Bensky
    Schulte Roth & Zabel, LLP
    1152 Fifteenth Street, NW, Suite 850
    Washington, DC 20005

    David A. Zisser
    Davis, Graham & Stubbs, LLP
    1550 17th Street, Suite 500
    Denver, Colorado 80202

    *Attorneys for Defendant Citizens Financial Group*

b

Steven W. Thomas
THOMAS ALEXANDER & FORRESTER, LLP
14 27th Avenue
Venice, California 90291

Emily Alexander
THOMAS ALEXANDER & FORRESTER, LLP
14 27th Avenue
Venice, California 90291

*Attorneys for Agile Safety Variable Fund, L.P. and Sky Bell Select L.P.*

Dated:  May 14, 2012                Respectfully submitted,

        */s/ Robert Christie*
Robert Christie
HENDERSON & LYMAN
175 West Jackson Boulevard
Suite 240
Chicago, IL 60604
Telephone:     (312) 986-6960
Facsimile:     (312) 986-6961

*Attorneys for Swiss Financial Services, Inc.*