# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

|  |  |
|---|---|
| AGILE SAFETY VARIABLE FUND, L.P. and SKY BELL SELECT LP, <br><br> Plaintiffs, <br><br> v. <br><br> RBS CITIZENS, N.A., and SWISS FINANCIAL SERVICES, INC., <br><br> Defendants. | Civil Action No. 09 cv 2786-RBJ-BNB |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(ii), plaintiffs Agile Safety Variable Fund, L.P. and Sky Bell Select LP and defendant Swiss Financial Services, Inc. hereby stipulate that they have resolved all disputes in controversy pending in this matter and stipulate to the dismissal of this matter as to Swiss Financial Services, Inc. with prejudice.

AGILE SAFETY VARIABLE FUND, L.P. and
SKY BELL SELECT LP                                                    SWISS FINANCIAL SERVICES, INC.

 /s/   Steven W. Thomas                                                  /s/   Robert B. Christie
One of Their Attorneys                                                One of Its Attorneys
Steven W. Thomas                                                      Robert B. Christie
Thomas, Alexander & Forrester LLP                    HENDERSON & LYMAN
14 – 27th Avenue                                                            175 West Jackson Boulevard, Suite 240
Venice, CA 90291                                                          Chicago, Illinois 60604

## CERTIFICATE OF SERVICE

I, an attorney of law, hereby certify that on May 17, 2012, I electronically filed this Stipulation of Dismissal through the Court's Electronic Cases Filing System, and that pursuant to Local Rule 5.6, such filing constitutes service on all Filing Users, which represents all persons who filed an appearance in this matter, and includes but is not limited to the following:

| Plaintiffs' attorneys: | Attorneys for RBS Citizen, NA |
|---|---|
| Steven W. Thomas, Esq.<br>Jessica Rassler, Esq.<br>Thomas, Alexander & Forrester LLP<br>14 – 27th Avenue<br>Venice, CA 90291<br>StevenThomas@tafattorneys.com<br>JessicaRassler@tafattorneys.com | Howard Schiffman, Esq.<br>Eric Bensky, Esq.<br>Schulte Roth & Zabel, LLP<br>1152 15th Street, N.W. Suite 850<br>Washington, DC 2005<br>Howard.Schiffman@srz.com<br>Eric.Bensky@srz.com |
| Steven M. Feder, Esq.<br>Feder Law Firm<br>Equitable Building<br>730 17th Street, Suite 550<br>Denver, CO 80202<br>steve@federlawfirm.com | David A. Zisser, Esq.<br>Davis Graham & Stubbs, LLP-Denver<br>1550 17th Street Suite 500<br>Denver, Co 80202<br>david.zisser@dgslaw.com |

  /s/   Robert B. Christie
Robert B. Christie
HENDERSON & LYMAN
175 West Jackson Boulevard, Suite 240
Chicago, Illinois 60604